UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-CIV-62974-RAR

**OJ COMMERCE, LLC**,

    Plaintiff,

v.

**HOME CITY, INC.**,

    Defendant.
_____/

## ORDER RE-SCHEDULING MEDIATION

The mediation conference in this matter shall be held with William C. Hearon, Esq. on **June 24, 2020, at 10:00 a.m.** at One East Broward Boulevard, Suite 915, Fort Lauderdale, FL 33301. A report of the mediation must be filed **within seven (7) days** thereafter.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 11th day of May, 2020.

        **RODOLFO A. RUIZ II**
        **UNITED STATES DISTRICT JUDGE**