**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

OJ COMMERCE LLC,

      Plaintiff,

CASE NO. 1:19-cv-62974-RAR

v.

HOME CITY INC,

      Defendants.

_____/

**DEFENDANT'S UNOPPOSED MOTION TO SEAL DEFENDANT'S MOTION TO COMPEL PURSUANT TO STIPULATION OF CONFIDENTIALITY**

Defendant, HOME CITY, INC. ("Home City"), by and through its undersigned counsel, pursuant to parties' Stipulation of Confidentiality, hereby files its Notice of Inadvertent Disclosure and moves the Court to seal Defendant's Motion to Compel Discovery Requests ("Motion to Compel") filed on June 26, 2020 [D.E. 30] pursuant to their Stipulation of Confidentiality.

1. The Defendant's Motion to Compel [D.E. 30] was ordered to be filed today before 12:00 p.m. by this Court. The Defendant filed its Motion to Compel at 10:55 a.m. The Defendant's counsel was made aware by the Plaintiff's counsel that the Motion to Compel may contain confidential information relating to the Plaintiff's specific damages and business information. The Defendant and their counsel do not believe that its Motion to Compel contains any confidential information whatsoever as all information within the Motion to Compel was provided to the undersigned without any such designation, but, in an overabundance of caution, and in an effort

*Case No.: 1-19-cv-62974-RAR*
*Unopposed Motion to File Under Seal*
_____

of good faith, the Defendant asks this Court to seal the Motion to Compel until the parties agree otherwise [D.E. 30].

## LOCAL RULE 7.1(a)(3) CERTIFICATION

Pursuant to Local Rule 7.1(a)(3) of the Southern District of Florida, undersigned counsel certifies that he has conferred with counsel for Plaintiff in good faith before filing this Motion.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed and served via email on this 26th day of June, 2020, to: sam@hechtlawpa.com.

Respectfully submitted,
STOK KON + BRAVERMAN
1 E. Broward Boulevard
Suite 915
Fort Lauderdale, FL 33301
P.954.237.1777
F.954.237.1737
*/s/ Gabriel Mandler*
GABRIEL MANDLER, ESQ.
Florida Bar No. 1002499