## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

OJ COMMERCE LLC,

       Plaintiff,

CASE NO. 1:19-cv-62974-RAR

v.

HOME CITY INC,

       Defendants.

_____/

### THIRD PARTY COMPLAINT

Third-Party Plaintiff, HOME CITY, INC. ("Third-Party Plaintiff" or "Home City"), by and through the undersigned counsel, hereby files this Third-Party Complaint against Third-Party Defendants, the NOCO COMPANY, an Ohio Corporation ("Noco"), STANDARD SALES, INC., a California Corporation ("SS"), and ACTIONTEC ELECTRONICS, INC., a California Corporation ("Actiontec") (collectively, Noco, SS, and Actiontec shall be referred to as the "Third-Party Defendants").

### PARTIES, JURISDICTION, AND VENUE

1.      This court has supplemental jurisdiction over this third-party action under 28 U.S.C § 1367(a) because this claim arises out of the same case or controversy and is inextricably intertwined with the claims brought by OJ Commerce, including its federal claim.

2.      This Court also has subject matter jurisdiction over this action pursuant to 28 U.S.C. 1332 as the parties are completely diverse in citizenship and the amount in controversy, according to OJ Commerce, exceeds $75,000.00.

3.      Noco is and was, at all material times, an Ohio Corporation with its principal place of business in Cleveland, Ohio.

4.      SS is and was, at all material times, a California Corporation with its principal place of business in Los Angeles California.

5.      Actiontec is and was, at all material times, a California Corporation with its principal place of business in Santa Clara, California.

6.      OJ Commerce is and was, at all material times, a Delaware limited liability company with its principal place of business in Broward County, Florida.

7.      Home City is a Delaware corporation with its principal place of business in Edison New Jersey.

8.      Venue is appropriate in this district under 28 U.S.C. section 1391(b) because a substantial part of the acts or omissions giving rise to this claim occurred in this judicial district.

9.      Upon information and belief, Third-Party Defendants were directly and purposely availing itself of the privileges of conducting activities within the State of Florida by placing their products into the stream of commerce with the expectation that they would be purchased and used by consumers in the State of Florida and filing complaints through Amazon against a company with its principal place of business in Broward County, Florida.

10.     All conditions precedents to the institution and maintenance of this Third-Party Complaint have been performed, excused, waived or have otherwise occurred.

## GENERAL ALLEGATIONS

11.     On or around December 4, 2019, OJ Commerce, LLC ("OJ Commerce") filed its Complaint (the "Complaint") against Home City in the Southern District of Florida alleging that around November 2019 Home City made false counterfeit claims on the online marketplace Amazon ("Amazon"), which damaged its goodwill and reputation, and that such alleged false claims would lead to the removal of its selling privileges on Amazon. OJ Commerce alleged causes of action for breach of an alleged contract, violation of the Lanham Act under 15 U.S.C. § 1125(a), defamation for its private communications with Amazon, tortious interference with its business relationship with Amazon, and violation of Florida's Deceptive and Unfair Trade Practices Act ("FDUTPA").

12.     On November 6, 2019, OJ Commerce filed a Complaint against SS in the Southern District of Florida and alleged, *inter alia*, that around October 30, 2019, SS made false counterfeit claims to Amazon, which damaged its goodwill and reputation, and that such alleged false claims would lead to the loss of its selling privileges on Amazon. A copy of this Complaint is attached hereto as **Exhibit A**. OJ Commerce alleged causes of action for violation of the Lanham Act under 15 U.S.C. §1125(a), defamation for its private communications with Amazon, tortious interference with its business relationship with Amazon, and violation of Florida's Deceptive and FDUTPA. This matter was settled on or around January 29, 2020.

13.     On November 6, 2019, OJ Commerce filed a Complaint against Actiontec in the Southern District of Florida and alleged, *inter alia*, that around October 2019 Actiontec made false counterfeit claims to Amazon, which damaged its goodwill and reputation, and that such alleged

false claims would lead to the loss of its selling privileges on Amazon. A copy of this Complaint is attached hereto as **Exhibit B**. OJ Commerce alleged causes of action for violation of the Lanham Act under 15 U.S.C. § 1125, defamation for its private communications with Amazon, tortious interference with its business relationship with Amazon, and violation of FDUTPA. This matter was dismissed with prejudice around December 18, 2019.

14.     On February 2, 2020, OJ Commerce filed a Complaint against Noco in the Southern District of Florida and alleged, *inter alia*, that between October 2019 through January 2020 Noco made false counterfeit claims to Amazon, which damaged its goodwill and reputation, and that such alleged false claims lead to the loss of its selling privileges on Amazon around February 2, 2020. A copy of this Complaint is attached hereto as **Exhibit C**. OJ Commerce alleged causes of action for violation of the Lanham Act under 15 U.S.C. § 1125, defamation for its private communications with Amazon, tortious interference with its business relationship with Amazon, and violation of FDUTPA. In the complaint, OJ Commerce attached communications from Amazon to OJ Commerce showing that its selling privileges were being removed due to the claims made by Noco on February 2, 2020. This matter was transferred to the Northern District of Ohio where on June 22, 2020, OJ Commerce filed its notice of voluntary dismissal under Fed R. Civ. P. 41(a)(1).

15.     OJ Commerce has now sought the same damages from the same or similar causes of action from Home City as it did from SS, Actiontec and Noco during the same time period when OJ Commerce alleged that it suffered damages to its goodwill and reputation (including

STOK KON + BRAVERMAN

One East Broward Boulevard, Suite 915 • Fort Lauderdale, FL 33301 • P.954.237.1777 • F.954.237.1737 • E-mail: service@stoklaw.com

that consumers and vendors alike refused to do business with OJ Commerce) and loss of selling privileges on Amazon.

16.      SS and Actiontec may have settled their above referenced respective matters with OJ Commerce for an undisclosed sum, any amount which would need to be included as part of the alleged damages sustained by OJ Commerce, if any, during that time.

## COUNT I
## COMMON LAW INDEMNIFICATION
(against all Third-Party Defendants)

17.      Home City realleges and incorporates each allegation contained in paragraphs 1-16 as if fully set forth herein.

18.      This is a claim for indemnification under common law.

19.      Any damages suffered by OJ Commerce to its goodwill and reputation and loss of selling privileges on Amazon was solely and proximately caused by the actions or inactions of the Third Party Defendants and Home City was entirely without fault for OJ Commerce's damages to its goodwill and reputation and loss of selling privileges on Amazon.

20.      Home City and the Third-Party Defendants maintained a special relationship to the extent that they all filed alleged counterfeit claims to Amazon against OJ Commerce and were sued by OJ Commerce for similar causes of action and damages during the same time period.

21.      Therefore, any liability on the part of Home City would be vicarious, constructive, derivative and technical in nature.

22.     Home City has had to retain the services of the undersigned law form for defense of this matter and the Third-Party Defendants should be liable for all attorney's fees and costs incurred in Home City's defense of this manner herein.

WHEREFORE, Third-Party Plaintiff, HOME CITY INC. demands indemnification from Third-Party Defendants for the full amount of damages, if any, awarded to OJ Commerce in the underlying action, together with costs, reasonable attorney's fees and any other relief that this Court deems just and proper.

## COUNT II
## DECLARATORY RELIEF
(against all Third-Party Defendants)

23.     Home City realleges and incorporates each allegation contained in paragraphs 1-16 as if fully set forth herein.

24.     This is a claim for declaratory relief pursuant to Chapter 86 of the Florida Statutes.

25.     Home City believes but is uncertain that the Third-Party Defendants' conduct caused the damages sustained by OJ Commerce as to OJ Commerce's goodwill and reputation and sales lost from being removed from Amazon based on the following facts:

a.   OJ Commerce received a communication from Amazon that it was removing its account on February 2, 2020, as a result of two (2) complaints made by Noco, which it attached in its Noco Complaint;

b.   OJ Commerce filed complaints against the Third-Party Defendants alleging (1) the same causes of action for alleged counterfeit claims made by the Third Party Defendants to Amazon around the same time; and (2) the same damages

to OJ Commerce's goodwill and reputation and loss of sales from loss of selling

privileges on Amazon;

c.   All of the Third-Party Defendants have had their cases dismissed by OJ

Commerce, with, at least, one of actions having settled for an undisclosed sum.

26.   This declaration will remedy a present, ascertained or ascertainable state of facts

or present controversy as to a state of facts as Home City believes but is uncertain that it did not

cause the damages allegedly incurred by OJ Commerce, or to the extent that it did cause any

damages at all, which Home City denies, such damages were negligible compared to the damages

caused by Third Party Defendants and, therefore, requires declaration from this Court as to Home

City's liability, if any, along with the liability of each of the Third Party Defendants so that a

proper determination can be made of Home City's rights, privileges and immunities relative to

the rights of Third-Party Defendants.

27.   The power, privilege or right of Home City as to its liability to OJ Commerce or

any damage caused, if any, is dependent upon the facts or law applicable to facts was only this

declaration of rights can the controversy surrounding who caused OJ Commerce's damages to its

goodwill and reputation and lost sales on Amazon be resolved.

28.   Actiontec, SS and Noco are persons who have an actual, present adverse and

antagonistic interest in the subject matter both in fact and law.

29.   The adverse interests' material to the declaration sought are all before the Court

by proper process.

30.      Pursuant to Fla. Stat. § 86.111, and so that the parties hereto can obtain a timely declaration of their rights, status or other legal or equitable relations and the other issues described herein, this matter should be advanced on the Court's calendar.

WHEREFORE, Third-Party Plaintiff, HOME CITY INC. respectfully requests that this court declare that: (1) Home City did not cause any damage to OJ Commerce's goodwill and reputation or its loss sales on Amazon after being removed; (2) any damages sustained by OJ Commerce to its goodwill and reputation and its loss sales on Amazon was caused by the Third Party Defendants.

### COUNT III
### DECLARATORY RELIEF
(against all Third-Party Defendants)

31.      Home City realleges and incorporates each allegation contained in paragraphs 1-16 as if fully set forth herein.

32.      This is a claim for declaratory relief pursuant to 28 U.S.C. § 2201, *et seq.*

33.      Home City believes but is uncertain that SS, Actiontec, and Noco caused the damages sustained by OJ Commerce under its counts for defamation, tortious interference, FDUTPA and under the Lanham Act, in particular damages to its goodwill and reputation and loss sales from being removed from Amazon based on the following facts:

a.      OJ Commerce received a communication from Amazon that it was removing its account on February 2, 2020, as a result of two (2) complaints made by Noco, which it attached in its Noco Complaint;

b.      OJ Commerce filed complaints against the Third-Party Defendants alleging (1) the same causes of action for alleged counterfeit claims made by the Third Party Defendants to Amazon around the same time; and (2) the same damages to OJ Commerce's goodwill and reputation and loss of sales from loss of selling privileges on Amazon.

c.      All of the Third-Party Defendants have had their cases dismissed by OJ Commerce, with at least one of actions having settled for an undisclosed sum if not more.

34.      This declaration will remedy a present, ascertained continued or ascertainable state of facts or present controversy as to a state of facts as Home City believes but is uncertain that it did not cause the damages allegedly incurred by OJ Commerce, or to the extent that it did cause any damages at all, which Home City denies, such damages were negligible compared to the damages caused by Third Party Defendants and, therefore, requires declaration from this Court as to Home City's liability, if any, along with the liability of each of the Third Party Defendants so that a proper determination can be made of Home City's rights, privileges and immunities relative to the rights of Third-Party Defendants.

35.      The power, privilege or right of Home City as to its liability to OJ Commerce or damage caused, if any, is dependent upon the facts or law applicable to facts was only this declaration of rights can the controversy surrounding who caused OJ Commerce's damages to its goodwill and reputation and lost sales on Amazon be resolved.

36.      Actiontec, SS and Noco are persons who have an actual, present adverse and antagonistic interest in the subject matter both in fact and law.

37.     The adverse interests' material to the declaration sought are all before the Court by proper process.

38.     Pursuant to Fla. Stat. § 86.111, and so that the parties hereto can obtain a timely declaration of their rights, status or other legal or equitable relations and the other issues described herein, this matter should be advanced on the Court's calendar.

WHEREFORE, Third-Party Plaintiff, HOME CITY INC. respectfully requests that this court declare that: (1) Home City did not cause any damage to OJ Commerce's goodwill and reputation or its loss sales on Amazon after being removed; (2) any damages sustained by OJ Commerce to its goodwill and reputation and its loss sales on Amazon was caused by the Third Party Defendants.

Dated this 24th day of July 2020.

Respectfully submitted,

STOK KON + BRAVERMAN
*Attorneys for Third-Party Plaintiff*
One East Broward Boulevard
Suite 915
Fort Lauderdale, FL 33301
P.954.237.1777
F.954.237.1737

*/s/ Joshua Kon*
JOSHUA R. KON, ESQ.
Florida Bar No. 56147
GABRIEL MANDLER, ESQ.
Florida Bar No. 1002499

# Exhibit A

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

OJ COMMERCE LLC            Case No: 0:19cv62777
      Plaintiff

v.

STANDARD SALES, INC
      Defendant
_____/

## COMPLAINT

Plaintiffs, OJ Commerce, LLC ("OJC") hereby brings this action for damages and other relief against Defendant STANDARD SALES, INC ("SS") for violation of the Lanham Act, and related Florida State claims, and states the following:

### PARTIES

1. Plaintiff OJC is a Delaware limited liability company with its principal place of business in Broward County, Florida. OJC's single member resides in Florida. OJC is an online retailer which is engaged in interstate commerce, and also sells consumer goods on the Amazon marketplace.

2. Defendant SS is a California Corporation, with its principal place of business in Los Angeles, California, and is also doing business under the name "Stansport" or "Stansport Inc". SS is a wholesale manufacturer or distributor, and also sells consumer camping goods to Amazon.

### JURISDICTION AND VENUE

3. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1331, as its a federal action based on a violation of 15 U.S.C. § 1125, and this Court has supplemental

jurisdiction over the related Florida State claims, pursuant to 28 U.S.C § 1367 as they arise from the same case or controversy as the federal claims.

4. This Court also has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1332, as the parties are completely diverse in citizenship and the amount in controversy exceeds $75,000.

5. This Court has personal jurisdiction over Defendant SS pursuant to Fla. Stat. § 48.193, as SS committed an intentional tortious act within this State.

6. Venue is proper in this district under 28 U.S.C. § 1391(b)(2), because a substantial part of the events or omissions giving rise to the claim occurred in this district.

## INTRODUCTION

7. Amazon is the largest online marketplace for consumer goods, and retailers compete for customers by providing competitive pricing, and quality services. Amazon allows multiple sellers to sell the same item, having different prices and services. Such fair competition is conducive to a healthy marketplace, where the consumer is the ultimate beneficiary, getting the best price and highest level of service.

8. Defendant SS wants to eliminate competition, and distribute its products exclusively to Amazon. To accomplish that goal, SS resorted to an illegal path of making malicious accusations against OJC, and filing false counterfeit claims on Amazon sellers, in an effort to remove them from the Amazon marketplace entirely.

9. OJC is a local South Florida business, whose success heavily relies on selling its products online and on the Amazon marketplace. Defendant SS is well aware of Amazon's strict intellectual property policies, and the devastating ramifications such false counterfeit claims may

have on OJC.  Such false claims can destroy OJC's entire business by completely eliminating all

of its selling privileges on the Amazon marketplace. Yet SS chose a malevolent path of mayhem

and destruction, and resorted to use all means necessary to remove sellers from the Amazon

marketplace, including willful tortious conduct.

### FACTS COMMON TO ALL COUNTS

10.     OJC sells a large number of consumer goods, including a product named Enamel

Camping Tableware Set, 24-Piece, Blue. (the "Camping Tableware").

11.     OJC receives all of its inventory for the Camping Tableware from its authorized

distributors, and sells only authentic Camping Tableware.

12.     One of the marketplaces OJC sells its Camping Tableware, is on www.amazon.com,

the Amazon marketplace website.

13.     Defendant SS is a wholesale manufacturer and distributor of Camping Tableware,

and also sells consumer camping goods to Amazon.

14.     Amazon has established a strict anti-counterfeiting policy, whereby any product that

is reported as counterfeit is immediately removed from the Amazon marketplace, and adds a

negative flag on the seller's account, as a counterfeit seller.

15.     As part of Amazon's anti-counterfeiting policy, a seller that receives claims of

selling counterfeit merchandise, ultimately results in such seller's loss of selling privileges, and

its funds being withheld.

16.     On October 30, 2019, Defendant SS filed a claim with Amazon against OJC,

alleging that the Camping Tableware it sells on the Amazon marketplace is counterfeit.  A copy

of the complaint is hereby attached as Exhibit A. (the "Counterfeit Claim").

17.    Defendant SS's Counterfeit Claim is false, as OJC's Camping Tableware is legitimate, authentic, and not counterfeit.

18.    Immediately after the false Counterfeit Claim was filed, OJC sent a notice to SS advising that its claim is false, and asked for an immediate retraction, but SS refused such retraction.  A copy of the demand letter is hereby attached as Exhibit B.

19.    Defendant SS opened the Counterfeit Claim with the full knowledge that its allegations are false, but did so in order to remove OJC as a seller on the Amazon marketplace, and sell the item exclusively to Amazon without any competition.

20.    As a result of Defendant SS's false Counterfeit Claim, Amazon immediately removed OJC's Camping Tableware from the Amazon marketplace, and flagged OJC as a counterfeit seller.

21.    Defendant SS's false Counterfeit Claim put OJC at a significant risk that its selling privileges on the Amazon marketplace will be lost, and its funds withheld by Amazon.

22.    Defendant SS's false Counterfeit Claim caused significant harm to OJC's business reputation and goodwill, as consumers and vendors alike refuse to do business with a counterfeit retailer.

23.    Plaintiff retained the undersigned counsel, and has agreed to pay its reasonable attorney's fees.

**COUNT I - Violation of the Lanham Act (15 U.S.C. § 1125)**

24.    Plaintiffs repeats and reallege paragraphs 1 through 23, as it fully set forth herein.

25.    Defendant SS made a false statement of fact, by filing the Counterfeit Claim with Amazon.

26.     The Counterfeit Claim was done as part of commercial promotion of Defendant SS's Camping Tableware sales on the Amazon marketplace, and to prevent consumers from purchasing OJC's Camping Tableware on the Amazon marketplace.

27.     Furthermore, Amazon as the marketplace facilitator, acts as the gatekeeper of authentic products to the consumer to remove all counterfeit items from its marketplace, and therefore the Counterfeit Claim was directed and targeted towards all of Amazon's consumers.

28.     The Counterfeit Claim actually deceived Amazon into believing that OJC's Camping Tableware is counterfeit, as Amazon removed the Camping Tableware from its marketplace.

29.     Defendant SS's actions were conducted within the realm of interstate commerce, as the Amazon marketplace consumers are spread across the entire continental United States.

30.     Defendant SS's false Counterfeit Claim actually caused monetary harm to OJC.

WHEREFORE, Plaintiff OJC seeks monetary damages, SS's actual profits from its wrongful actions, the costs of the action, reasonable attorney's fees, pursuant to 15 U.S.C. § 1117(a); and injunctive relief against SS in the form of a retraction of its false Counterfeit Claim with Amazon, and enjoin SS from filing any false claims against OJC, pursuant to 28 U.S.C. § 2201(a).

### COUNT II - Defamation

31.     Plaintiffs repeats and reallege paragraphs 1 through 23, as it fully set forth herein.

32.     Defendant SS disseminated false and defamatory Claim against OJC, namely that it sells a counterfeit Camping Tableware.

33.     Such defamatory statement was made towards a third party, Amazon, without any privilege or other valid reason.

34.     Defendant SS knowingly made the false statement with reckless disregard for the truth.

35.     Defendant SS's publication of the Counterfeit Claim caused monetary harm to OJC.

WHEREFORE, Plaintiff OJC seeks damages, special damages, consequential damages, punitive damages, together with court costs, interest, and any other relief this Court deems just and proper.

**COUNT III - Tortious Interference with Business Relationship**

36.     Plaintiff repeats and reallege paragraphs 1 through 23, as it fully set forth herein.

37.     Plaintiff has a business relationship with Amazon, whereby OJC lists its products on the Amazon marketplace for sale to the public at large, in return for a commission paid to Amazon.

38.     Defendant SS knew of the business relationship, and specifically targeted that business relationship when it opened the false Counterfeit Claim with Amazon against OJC.

39.     Defendant SS intentionally and unjustly interfered with OJC's Amazon business relationship for its personal gain, in order to gain an unfair competitive advantage on the Amazon marketplace.

40.     Defendant SS's tortious interference caused monetary harm to OJC.

41.     WHEREFORE, Plaintiff OJC seeks damages, special damages, consequential damages, punitive damages, together with court costs, interest, and any other relief this Court deems just and proper.

**COUNT IV - Florida Deceptive and Unfair Trade Practices (Fla. Stat. § 501.201 et seq.)**

42.     Plaintiff repeats and reallege paragraphs 1 through 23, as it fully set forth herein.

43.     Defendant SS's false Counterfeit Claim against OJC with Amazon is an unfair trade practice.

44.     Defendant SS's false Counterfeit Claim was performed within SS's course of trade or commerce.

45.     Defendant SS's unfair trade practice caused monetary harm to OJC.

WHEREFORE, Plaintiff OJC seeks monetary damages, the costs of the action, and reasonable attorney's fees, injunctive relief against SS in the form of a retraction of its false Counterfeit Claim with Amazon, and enjoin SS from filing any false claims against OJC, pursuant to Fla. Stat. § 501.211.

**PLAINTIFF DEMANDS A TRIAL BY JURY FOR ALL ISSUES TRIABLE BY RIGHT**

Dated: November 6, 2019.

Respectfully submitted,

Shlomo Y. Hecht, P.A.
3076 N Commerce Parkway
Miramar, FL 33025
Phone: 954-861-0025
Fax: 615-413-6404

By: /s/ Shlomo Y Hecht
Florida State Bar No.: 127144
Email: sam@hechtlawpa.com
Attorney for Plaintiff

# Exhibit B

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

OJ COMMERCE LLC             Case No: 0:19cv62778
      Plaintiff

v.

ACTIONTEC ELECTRONICS, INC; and
JEFF RUNYON individually
      Defendants
_____/

## COMPLAINT

Plaintiffs, OJ Commerce, LLC ("OJC") hereby brings this action for damages and other relief against Defendant ACTIONTEC ELECTRONICS, INC ("AE"), and Defendant JEFF RUNYON individually (collectively "Defendants") for violation of the Lanham Act, and related Florida State claims, and states the following:

## PARTIES

1. Plaintiff OJC is a Delaware limited liability company with its principal place of business in Broward County, Florida. OJC's single member resides in Florida. OJC is an online retailer which is engaged in interstate commerce, and also sells consumer goods on the Amazon marketplace.

2. Defendant AE is a California Corporation, with its principal place of business in Santa Clara, California. AE is a wholesale manufacturer or distributor, and also sells consumer electronics to Amazon.

## JURISDICTION AND VENUE

3. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1331, as its a federal action based on a violation of 15 U.S.C. § 1125, and this Court has supplemental

jurisdiction over the related Florida State claims, pursuant to 28 U.S.C § 1367 as they arise from the same case or controversy as the federal claims.

4. This Court also has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1332, as the parties are completely diverse in citizenship and the amount in controversy exceeds $75,000.

5. This Court has personal jurisdiction over Defendants AE and JEFF RUNYON pursuant to Fla. Stat. § 48.193, as they committed an intentional tortious act within this State.

6. Venue is proper in this district under 28 U.S.C. § 1391(b)(2), because a substantial part of the events or omissions giving rise to the claim occurred in this district.

## INTRODUCTION

7. Amazon is the largest online marketplace for consumer goods, and retailers compete for customers by providing competitive pricing, and quality services. Amazon allows multiple sellers to sell the same item, having different prices and services. Such fair competition is conducive to a healthy marketplace, where the consumer is the ultimate beneficiary, getting the best price and highest level of service.

8. Defendants want to eliminate competition, and distribute its products exclusively to Amazon. To accomplish that goal, Defendants resorted to an illegal path of making malicious accusations against OJC, and filing false counterfeit claims on Amazon sellers, in an effort to remove them from the Amazon marketplace entirely.

9. OJC is a local South Florida business, whose success heavily relies on selling its products online and on the Amazon marketplace. Defendants are well aware of Amazon's strict intellectual property policies, and the devastating ramifications such false counterfeit claims may

have on OJC. Such false claims can destroy OJC's entire business by completely eliminating all

of its selling privileges on the Amazon marketplace. Yet Defendants chose a malevolent path of

mayhem and destruction, and resorted to use all means necessary to remove sellers from the

Amazon marketplace, including willful tortious conduct.

## FACTS COMMON TO ALL COUNTS

10.    OJC sells a large number of consumer goods, including a product named Bonded

MoCA 2.0 Ethernet to Coax Adapter  (the "Ethernet Adapter").

11.    OJC receives all of its inventory for the Ethernet Adapter from its authorized

distributors, and sells only authentic Ethernet Adapter.

12.    One of the marketplaces OJC sells its Ethernet Adapter, is on www.amazon.com, the

Amazon marketplace website.

13.    Defendant AE is a wholesale manufacturer and distributor of Ethernet Adapter, and

also sells consumer camping goods to Amazon.

14.    Upon information and belief Defendant JEFF RUNYON is a sales manager for AE,

and is authorized to act on AE's behalf.

15.    Amazon has established a strict anti-counterfeiting policy, whereby any product that

is reported as counterfeit is immediately removed from the Amazon marketplace, and adds a

negative flag on the seller's account, as a counterfeit seller.

16.    As part of Amazon's anti-counterfeiting policy, a seller that receives claims of

selling counterfeit merchandise, ultimately results in such seller's loss of selling privileges, and

its funds being withheld.

17.    On October 30, 2019, Defendant JEFF RUNYON, on behalf of AE, filed a claim

with Amazon against OJC, alleging that the Ethernet Adapter it sells on the Amazon marketplace is counterfeit. A copy of the complaint is hereby attached as Exhibit A. (the "Counterfeit Claim").

18.     Defendants' Counterfeit Claim is false, as OJC's Ethernet Adapter is legitimate, authentic, and not counterfeit.

19.     Immediately after the false Counterfeit Claim was filed, OJC sent a notice to Defendants advising that its claim is false, and asked for an immediate retraction, but Defendants refused such retraction. A copy of the demand letter is hereby attached as Exhibit B.

20.     Defendants opened the Counterfeit Claim with the full knowledge that its allegations are false, but did so in order to remove OJC as a seller on the Amazon marketplace, and sell the item exclusively to Amazon without any competition.

21.     As a result of Defendants' false Counterfeit Claim, Amazon immediately removed OJC's Ethernet Adapter from the Amazon marketplace, and flagged OJC as a counterfeit seller.

22.     Defendants' false Counterfeit Claim put OJC at a significant risk that its selling privileges on the Amazon marketplace will be lost, and its funds withheld by Amazon.

23.     Defendants' false Counterfeit Claim caused significant harm to OJC's business reputation and goodwill, as consumers and vendors alike refuse to do business with a counterfeit retailer.

24.     Plaintiff retained the undersigned counsel, and has agreed to pay its reasonable attorney's fees.

### COUNT I - Violation of the Lanham Act (15 U.S.C. § 1125)

25.     Plaintiffs repeats and reallege paragraphs 1 through 24, as it fully set forth herein.

26.     Defendants made a false statement of fact, by filing the Counterfeit Claim with Amazon.

27.     The Counterfeit Claim was done as part of commercial promotion of Defendants' Ethernet Adapter sales on the Amazon marketplace, and to prevent consumers from purchasing OJC's Ethernet Adapter on the Amazon marketplace.

28.     Furthermore, Amazon as the marketplace facilitator, acts as the gatekeeper of authentic products to the consumer to remove all counterfeit items from its marketplace, and therefore the Counterfeit Claim was directed and targeted towards all of Amazon's consumers.

29.     The Counterfeit Claim actually deceived Amazon into believing that OJC's Ethernet Adapter is counterfeit, as Amazon removed the Ethernet Adapter from its marketplace.

30.     Defendants' actions were conducted within the realm of interstate commerce, as the Amazon marketplace consumers are spread across the entire continental United States.

31.     Defendants' false Counterfeit Claim actually caused monetary harm to OJC.

        WHEREFORE, Plaintiff OJC seeks monetary damages, AE's actual profits from its wrongful actions, the costs of the action, reasonable attorney's fees, pursuant to 15 U.S.C. § 1117(a); and injunctive relief against Defendants in the form of a retraction of its false Counterfeit Claim with Amazon, and enjoin Defendants from filing any false claims against OJC, pursuant to 28 U.S.C. § 2201(a).

### COUNT II - Defamation

32.     Plaintiffs repeats and reallege paragraphs 1 through 24, as it fully set forth herein.

33.     Defendants disseminated false and defamatory Claim against OJC, namely that it sells a counterfeit Ethernet Adapter.

34.     Such defamatory statement was made towards a third party, Amazon, without any privilege or other valid reason.

35.     Defendants knowingly made the false statement with reckless disregard for the truth.

36.     Defendants' publication of the Counterfeit Claim caused monetary harm to OJC.

WHEREFORE, Plaintiff OJC seeks damages, special damages, consequential damages, punitive damages, together with court costs, interest, and any other relief this Court deems just and proper.

## COUNT III - Tortious Interference with Business Relationship

37.     Plaintiff repeats and reallege paragraphs 1 through 24, as it fully set forth herein.

38.     Plaintiff has a business relationship with Amazon, whereby OJC lists its products on the Amazon marketplace for sale to the public at large, in return for a commission paid to Amazon.

39.     Defendants knew of the business relationship, and specifically targeted that business relationship when they opened the false Counterfeit Claim with Amazon against OJC.

40.     Defendants intentionally and unjustly interfered with OJC's Amazon business relationship for their personal gain, in order to gain an unfair competitive advantage on the Amazon marketplace.

41.     Defendants' tortious interference caused monetary harm to OJC.

42.     WHEREFORE, Plaintiff OJC seeks damages, special damages, consequential damages, punitive damages, together with court costs, interest, and any other relief this Court deems just and proper.

## COUNT IV - Florida Deceptive and Unfair Trade Practices (Fla. Stat. § 501.201 et seq.)

43.    Plaintiff repeats and reallege paragraphs 1 through 23, as it fully set forth herein.

44.    Defendants' false Counterfeit Claim against OJC with Amazon is an unfair trade practice.

45.    Defendants' false Counterfeit Claim was performed within Defendants course of trade or commerce.

46.    Defendants' unfair trade practice caused monetary harm to OJC.

WHEREFORE, Plaintiff OJC seeks monetary damages, the costs of the action, and reasonable attorney's fees, injunctive relief against Defendants in the form of a retraction of its false Counterfeit Claim with Amazon, and enjoin Defendants from filing any false claims against OJC, pursuant to Fla. Stat. § 501.211.

**PLAINTIFF DEMANDS A TRIAL BY JURY FOR ALL ISSUES TRIABLE BY RIGHT**

Dated: November 6, 2019.

Respectfully submitted,

Shlomo Y. Hecht, P.A.
3076 N Commerce Parkway
Miramar, FL 33025
Phone: 954-861-0025
Fax: 615-413-6404

By: /s/ Shlomo Y Hecht
Florida State Bar No.: 127144
Email: sam@hechtlawpa.com
Attorney for Plaintiff

JS 44 (Rev. 09/19)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| OJ COMMERCE LLC | ACTIONTEC ELECTRONICS, INC; and JEFF RUNYON |
| **(b)** County of Residence of First Listed Plaintiff   Broward, FL<br>*(EXCEPT IN U.S. PLAINTIFF CASES)* | County of Residence of First Listed Defendant   Santa Clara, CA<br>*(IN U.S. PLAINTIFF CASES ONLY)*<br>NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF<br>THE TRACT OF LAND INVOLVED. |
| **(c)** Attorneys *(Firm Name, Address, and Telephone Number)*<br>Shlomo Y. Hecht, P.A.<br>3076 N Commerce Parkway, Miramar, FL 33025<br>Phone: 954-861-0025 | Attorneys *(If Known)* |

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☐ 1  U.S. Government<br>    Plaintiff

☐ 3  Federal Question<br>    *(U.S. Government Not a Party)*

☐ 2  U.S. Government<br>    Defendant

☒ 4  Diversity<br>    *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated *or* Principal Place<br>of Business In This State | ☒ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated *and* Principal Place<br>of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a<br>Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment<br>  &amp; Enforcement of Judgment<br>☐ 151 Medicare Act<br>☐ 152 Recovery of Defaulted<br>  Student Loans<br>  (Excludes Veterans)<br>☐ 153 Recovery of Overpayment<br>  of Veteran's Benefits<br>☐ 160 Stockholders' Suits<br>☐ 190 Other Contract<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | **PERSONAL INJURY**<br>☐ 310 Airplane<br>☐ 315 Airplane Product<br>  Liability<br>☒ 320 Assault, Libel &<br>  Slander<br>☐ 330 Federal Employers'<br>  Liability<br>☐ 340 Marine<br>☐ 345 Marine Product<br>  Liability<br>☐ 350 Motor Vehicle<br>☐ 355 Motor Vehicle<br>  Product Liability<br>☐ 360 Other Personal<br>  Injury<br>☐ 362 Personal Injury -<br>  Medical Malpractice | **PERSONAL INJURY**<br>☐ 365 Personal Injury -<br>  Product Liability<br>☐ 367 Health Care/<br>  Pharmaceutical<br>  Personal Injury<br>  Product Liability<br>☐ 368 Asbestos Personal<br>  Injury Product<br>  Liability<br>**PERSONAL PROPERTY**<br>☐ 370 Other Fraud<br>☐ 371 Truth in Lending<br>☐ 380 Other Personal<br>  Property Damage<br>☐ 385 Property Damage<br>  Product Liability | ☐ 625 Drug Related Seizure<br>  of Property 21 USC 881<br>☐ 690 Other | ☐ 422 Appeal 28 USC 158<br>☐ 423 Withdrawal<br>  28 USC 157<br>**PROPERTY RIGHTS**<br>☐ 820 Copyrights<br>☐ 830 Patent<br>☐ 835 Patent - Abbreviated<br>  New Drug Application<br>☐ 840 Trademark<br>**SOCIAL SECURITY**<br>☐ 861 HIA (1395ff)<br>☐ 862 Black Lung (923)<br>☐ 863 DIWC/DIWW (405(g))<br>☐ 864 SSID Title XVI<br>☐ 865 RSI (405(g)) | ☐ 375 False Claims Act<br>☐ 376 Qui Tam (31 USC<br>  3729(a))<br>☐ 400 State Reapportionment<br>☐ 410 Antitrust<br>☐ 430 Banks and Banking<br>☐ 450 Commerce<br>☐ 460 Deportation<br>☐ 470 Racketeer Influenced and<br>  Corrupt Organizations<br>☐ 480 Consumer Credit<br>  (15 USC 1681 or 1692)<br>☐ 485 Telephone Consumer<br>  Protection Act<br>☐ 490 Cable/Sat TV<br>☐ 850 Securities/Commodities/<br>  Exchange<br>☐ 890 Other Statutory Actions |
| **REAL PROPERTY**<br>☐ 210 Land Condemnation<br>☐ 220 Foreclosure<br>☐ 230 Rent Lease & Ejectment<br>☐ 240 Torts to Land<br>☐ 245 Tort Product Liability<br>☐ 290 All Other Real Property | **CIVIL RIGHTS**<br>☐ 440 Other Civil Rights<br>☐ 441 Voting<br>☐ 442 Employment<br>☐ 443 Housing/<br>  Accommodations<br>☐ 445 Amer. w/Disabilities -<br>  Employment<br>☐ 446 Amer. w/Disabilities -<br>  Other<br>☐ 448 Education | **PRISONER PETITIONS**<br>**Habeas Corpus:**<br>☐ 463 Alien Detainee<br>☐ 510 Motions to Vacate<br>  Sentence<br>☐ 530 General<br>☐ 535 Death Penalty<br>**Other:**<br>☐ 540 Mandamus & Other<br>☐ 550 Civil Rights<br>☐ 555 Prison Condition<br>☐ 560 Civil Detainee -<br>  Conditions of<br>  Confinement | ☐ 710 Fair Labor Standards<br>  Act<br>☐ 720 Labor/Management<br>  Relations<br>☐ 740 Railway Labor Act<br>☐ 751 Family and Medical<br>  Leave Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Employee Retirement<br>  Income Security Act<br>**IMMIGRATION**<br>☐ 462 Naturalization Application<br>☐ 465 Other Immigration<br>  Actions | **FEDERAL TAX SUITS**<br>☐ 870 Taxes (U.S. Plaintiff<br>  or Defendant)<br>☐ 871 IRS—Third Party<br>  26 USC 7609 | ☐ 891 Agricultural Acts<br>☐ 893 Environmental Matters<br>☐ 895 Freedom of Information<br>  Act<br>☐ 896 Arbitration<br>☐ 899 Administrative Procedure<br>  Act/Review or Appeal of<br>  Agency Decision<br>☐ 950 Constitutionality of<br>  State Statutes |

**LABOR** is listed under the FORFEITURE/PENALTY column heading section.

## V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1  Original<br>    Proceeding

☐ 2  Removed from<br>    State Court

☐ 3  Remanded from<br>    Appellate Court

☐ 4  Reinstated or<br>    Reopened

☐ 5  Transferred from<br>    Another District<br>    *(specify)*

☐ 6  Multidistrict<br>    Litigation -<br>    Transfer

☐ 8  Multidistrict<br>    Litigation -<br>    Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
15 U.S.C. § 1125

Brief description of cause:
Dissemination of false information

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A **CLASS ACTION**<br>UNDER RULE 23, F.R.Cv.P.

**DEMAND $**<br>75,000.00

CHECK YES only if demanded in complaint:<br>**JURY DEMAND:**   ☒ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE                    DOCKET NUMBER

| DATE | SIGNATURE OF ATTORNEY OF RECORD |
|---|---|
| 11/06/2019 | /s/ Shlomo Y Hecht |

**FOR OFFICE USE ONLY**

RECEIPT #        AMOUNT        APPLYING IFP        JUDGE        MAG. JUDGE

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Florida ▼

| | |
|---|---|
| OJ COMMERCE LLC | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | )    Civil Action No. 0:19cv62778 |
| ACTIONTEC ELECTRONICS, INC; and | ) |
| JEFF RUNYON | ) |
| | ) |
| _____ | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    ACTIONTEC ELECTRONICS, INC.
3301 OLCOTT ST
SANTA CLARA CA 95054

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
      Shlomo Y. Hecht, P.A.
      3076 N Commerce Parkway
      Miramar, FL 33025

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____            _____
                                                 *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Florida ▼

| | |
|---|---|
| OJ COMMERCE LLC | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 0:19cv62778 |
| ACTIONTEC ELECTRONICS, INC; and JEFF RUNYON | ) |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  JEFF RUNYON
3301 OLCOTT ST
SANTA CLARA CA 95054

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Shlomo Y. Hecht, P.A.
3076 N Commerce Parkway
Miramar, FL 33025

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

# Exhibit C

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

OJ COMMERCE LLC                 Case No: 0:20-cv-60221
     *Plaintiff*

v.

THE NOCO COMPANY
     *Defendant*

_____/

### COMPLAINT

Plaintiff, OJ Commerce, LLC ("OJC" or "Plaintiff") hereby brings this action for damages and other relief against Defendant THE NOCO COMPANY ("Noco" or "Defendant") for violation of the Lanham Act, related state-law claims, and states the following:

### PARTIES

1. Plaintiff OJC is a Delaware limited liability company with its principal place of business in Broward County, Florida. OJC's single member resides in Florida. OJC is an online retailer engaged in interstate commerce, and is selling selling power supply products and other consumer goods on the Amazon marketplace to customers throughout the United States, including the Southern District of Florida.

2. Defendant Noco is an Ohio Corporation, with its principal place of business in Cleveland Ohio. Noco is a wholesale manufacturer, distributor, and seller of power supply products throughout the United States, including the Southern District of Florida.

### JURISDICTION AND VENUE

3. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1331, as it is a federal action based on a violation of 15 U.S.C. § 1125, and this Court has supplemental

Case 0:20-cv-60721-WPD Document 1 Entered on FLSD Docket 02/02/2020 Page 2 of 10

jurisdiction over the related Florida State claims, pursuant to 28 U.S.C § 1367 as they arise from the same case or controversy as the federal claims.

4. This Court separately has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1332, as the parties are completely diverse in citizenship and the amount in controversy exceeds $75,000.

5. This Court has personal jurisdiction over Noco pursuant to Fla. Stat. § 48.193, as it committed an intentional tortious act within this State.

6. Venue is proper in this district under 28 U.S.C. § 1391(b)(2), because a substantial part of the events or omissions giving rise to the claim occurred in this district.

## INTRODUCTION

7. Amazon is the largest online marketplace for consumer goods, and retailers compete for customers by providing competitive pricing, and quality services. Amazon allows multiple sellers to sell the same item, often at different prices and with different associated services, such as speed of delivery and/or return policy in the event of any dissatisfaction. Such fair and open competition among multiple sellers of the same product is conducive to a healthy marketplace, where the consumer is the ultimate beneficiary, getting the best price and highest level of service.

8. However, some products are sold on the Amazon marketplace exclusively by Amazon, or exclusively by the manufacturer of those products, in such instances there is no competition on the price, and it is sold at a higher price, to the detriment of the consumer.

9. Noco wants to eliminate discount retailers such as OJC from the Amazon marketplace, and ensure it is sold exclusively by Amazon, at a higher price. To accomplish that goal,

Defendant resorted to an illegal path of making malicious false accusations against OJC, and filing knowingly false claims with Amazon, claiming inaccurately that OJC was selling counterfeit goods, in an effort to remove OJC from the Amazon marketplace.

10.     These counterfeit claims are blatantly malicious, as Noco is fully aware that OJC purchases and resells genuine Noco products from its authorized resellers, and are in no way counterfeit.

11.     OJC is a local South Florida business, whose success heavily relies on selling its products online, including via the Amazon marketplace.  OJC sells hundreds of thousands of dollars worth of product on the Amazon marketplace daily.  Noco is well aware of Amazon's strict intellectual property policies, and more specifically the seriousness of counterfeit allegations against a retailer.  Precisely because those policies are strict, making false allegations to Amazon has devastating ramifications for those businesses against whom such false allegations are made.  A deliberately false claim to Amazon that a retailer is selling counterfeit products directly leads to that seller being suspended from all access to the Amazon marketplace, including the ability to sell other products not even alleged to have been counterfeit.  This is exactly what happened to OJC, when on February 2, 2020 Noco accomplished its goal by causing OJC's Amazon seller account to be suspended, and Amazon removing all of OJC's selling privileges causing daily damages to OJC to the tune of hundreds of thousands of dollars in lost sales on the Amazon marketplace.  Noco deliberately caused these harms to OJC by making intentional false statements in order to profit unfairly at OJC's expense.

## FACTS COMMON TO ALL COUNTS

12.     OJC sells a large number of consumer goods, including certain consumer power

supply products manufactured by Noco, identified by Amazon Standard Identification Numbers ("ASIN") as B004LWTHP2, B015TKPT1A, B004LX14Z2, B015TKSSB8, B015TKUPIC, B015TKSSB8, B00PKIBVU0, and B07FR4VY9Y, (the "Noco Products").

13.     OJC obtains all of its Noco Products from authorized resellers, and sells only genuine and authentic Noco Products.

14.     One of the marketplaces through which OJC sells its Noco Products is www.amazon.com, the Amazon marketplace website.

15.     Defendant Noco is the manufacturer of the Noco Products.

16.     Amazon has established a strict anti-counterfeiting policy, whereby any product that is reported as counterfeit is immediately removed from the Amazon marketplace, and a negative flag is added to the seller's account, as a counterfeit seller.

17.     Thus, as predictable of Amazon's anti-counterfeiting policy, a seller targeted with claims of selling counterfeit merchandise is faced with consequences such as the seller's loss of selling privileges, and its funds from prior sales being withheld by Amazon.

18.     While intended to protect consumers against purchasing counterfeit products, these Amazon policies unfortunately provide perverse incentives for unscrupulous manufacturers willing to make false accusations in order to gain an unfair advantage against legitimate retailers.

19.     On October 2, 2019, Defendant Noco filed a claim with Amazon against OJC, Claim # 6482867911, falsely alleging that ASIN B004LWTHP2 sold by OJC is counterfeit. A copy of the complaint is hereby attached as Exhibit A.

20.     On December 26, 2019, Defendant Noco filed a claim with Amazon against OJC, Claim # 6702229381, falsely alleging that ASIN B015TKPT1A sold by OJC is counterfeit. A

copy of the complaint is hereby attached as Exhibit B.

21. On December 27, 2019, Defendant Noco filed a claim with Amazon against OJC, Claim # 6704085891, falsely alleging that ASIN B004LX14Z2 sold by OJC is counterfeit. A copy of the complaint is hereby attached as Exhibit C.

22. On December 27, 2019, Defendant Noco filed a claim with Amazon against OJC, Claim # 6704022281, falsely alleging that ASIN B015TKSSB8 sold by OJC is counterfeit. A copy of the complaint is hereby attached as Exhibit D.

23. On December 31, 2019, Defendant Noco filed a claim with Amazon against OJC, Claim # 6712661871, falsely alleging that ASIN B015TKUPIC sold by OJC is counterfeit. A copy of the complaint is hereby attached as Exhibit E.

24. On January 1, 2020, Defendant Noco filed a claim with Amazon against OJC, Claim # 6710335661, falsely alleging that ASIN B015TKSSB8 sold by OJC is counterfeit. A copy of the complaint is hereby attached as Exhibit F.

25. On January 6, 2020, Defendant Noco filed a claim with Amazon against OJC, Claim # 6724652801, falsely alleging that ASIN B00PKIBVU0 sold by OJC is counterfeit. A copy of the complaint is hereby attached as Exhibit G.

26. On January 14, 2020, Defendant Noco filed a claim with Amazon against OJC, Claim # 6746015091, falsely alleging that ASIN B07FR4VY9Y sold by OJC is counterfeit. A copy of the complaint is hereby attached as Exhibit H.

27. In all, Noco made at least eight false claims with Amazon, alleging that OJC is selling eight counterfeit Noco Products (the "Counterfeit Claims").

28. Noco's Counterfeit Claims are false, as OJC's Noco Products are genuine,

legitimate, authentic, and not counterfeit. Noco knew without any doubt that the Counterfeit Claims were false when it made these claims with Amazon.

29.     Noco made these false Counterfeit Claims to Amazon with the specific intention that Amazon act on it, and suspend OJC's selling privileges from the Amazon marketplace, pursuant to Amazon's policies.

30.     On January 16, 2020, OJC sent a notice to Noco's counsel advising that its claims are false, and requested an immediate retraction. A copy of the demand letter is hereby attached as Exhibit I.

31.     As a result of Noco's false Counterfeit Claims, Amazon immediately removed OJC's Noco Products from the Amazon marketplace, and flagged OJC as a counterfeit seller, thus putting OJC at a competitive disadvantage in its ability to sell any other products, including those not alleged to be counterfeit, via the Amazon marketplace.

32.     On January 29, 2020, Amazon sent a warning to OJC advising that its account will be suspended as a result of Noco's false Counterfeit Claims. A copy of the Amazon warning is hereby attached as Exhibit J.

33.     On January 30, 2020, OJC again sent a notice to Noco's counsel asking for an immediate retraction, and advising Noco about the imminent threat of suspension OJC received from Amazon. A copy of this notice is hereby attached as Exhibit K.

34.     On February 2, 2020, Amazon suspended OJC's selling privileges from the Amazon marketplace, and advised OJC that the reason for that suspension was due to, at least one of, Noco's false Counterfeit Claims. A copy of the Amazon suspension notice is hereby attached as Exhibit L.

35.     Having removed OJC as a competitive seller from the Amazon marketplace, Noco now hopes to sell the Noco Products to consumers without competition at a higher price throughout the United States, including the Southern District of Florida, then they would otherwise be able to in a fair and competitive market undistorted by Noco's false Counterfeit Claims and the actions Amazon predictably took in reliance on those false Counterfeit Claims.

36.     Noco's false Counterfeit Claims caused significant monetary harm to OJC, as it lost hundreds of thousands of dollars in daily sales by the Amazon marketplace account suspension.

37.     Noco's false Counterfeit Claims also caused significant harm to OJC's business reputation and goodwill, as consumers and vendors alike refuse to do business with a counterfeit retailer, and is likely to cause significant additional harm in the future until remedied.

38.     OJC retained the undersigned counsel, and has agreed to pay its reasonable attorney's fees.

### COUNT I - Violation of the Lanham Act (15 U.S.C. § 1125)

39.     OJC repeats and reallege paragraphs 1 through 38, as it fully set forth herein.

40.     Noco knowingly and willfully made false statements of material fact against OJC, by filing the Counterfeit Claims with Amazon.

41.     The Counterfeit Claims were made in order to eliminate competition and deprive consumers of the opportunity to purchase Noco Products at a discounted competitive price from OJC.

42.     Knowing of Amazon's policies and how it would respond to the Counterfeit Claims by taking it at face value, Noco manipulated Amazon in order to deprive all consumers using the Amazon marketplace of access to Noco Products sold by OJC, as well as generally damaging

OJC's reputation in that marketplace as a seller of any and all other products.

43.     The Counterfeit Claim actually deceived Amazon into believing that OJC's Noco Products are counterfeit, as Amazon removed the Noco Products from its marketplace, and suspended all of OJC's selling privileges from its marketplace.

44.     Noco's actions were intended to affect, and did affect, interstate commerce, as the Amazon marketplace's consumers are spread across the entire United States, including but not limited to the Southern District of Florida.

45.     Noco's false Counterfeit Claim actually caused significant monetary harm to OJC.

WHEREFORE, Plaintiff OJC seeks monetary damages, Noco's actual profits from its wrongful actions, the costs of the action, reasonable attorney's fees, pursuant to 15 U.S.C. § 1117(a); and injunctive relief against Noco in the form of a retraction of its false Counterfeit Claims with Amazon, and a permanent injunction barring Noco from filing any future false claims concerning OJC, pursuant to 28 U.S.C. § 2201(a).

## COUNT II - Defamation

46.     OJC repeats and reallege paragraphs 1 through 38, as it fully set forth herein.

47.     Noco disseminated false and defamatory Counterfeit Claims against OJC, namely that it sells a counterfeit Noco Products.

48.     Such defamatory statements were made towards a third party, Amazon, without any privilege or other valid reason.

49.     Noco's defamatory statements were published across the United States, including the Southern District of Florida, as Amazon is a national retailer with locations across the United States, including the Southern District of Florida.

50.     Noco made this defamatory statement in order to manipulate Amazon's policies and with the intent and expectation that Amazon would label OJC as a seller of counterfeit to its consumers, and suspend OJC's selling privileges on the Amazon marketplace.

51.     Noco knowingly made these false Counterfeit Claims with knowledge of its falsity.

52.     Noco's publication of the Counterfeit Claim caused significant monetary harm to OJC.

WHEREFORE, Plaintiff OJC seeks damages, special damages, consequential damages, punitive damages, together with court costs, interest, and any other relief this Court deems just and proper.

### COUNT III - Tortious Interference with Business Relationship

53.     OJC repeats and realleges paragraphs 1 through 38, as it fully set forth herein.

54.     OJC has a business relationship with Amazon, whereby OJC lists its products on the Amazon marketplace for sale to the public at large, in return for a commission paid to Amazon.

55.     Noco knew of the business relationship, and specifically targeted that business relationship when it opened false Counterfeit Claims with Amazon against OJC.

56.     Noco intentionally and unjustly interfered with OJC's Amazon business relationship for their personal gain, in order to gain an unfair competitive advantage on the Amazon marketplace.

57.     Noco's actions actually caused the business relationship between Amazon and OJC to be suspended on February 2, 2020.

58.     Noco's tortious interference caused significant monetary harm to OJC.

WHEREFORE, Plaintiff OJC seeks damages, special damages, consequential damages,

punitive damages, together with court costs, interest, and any other relief this Court deems just and proper.

**COUNT IV - Florida Deceptive and Unfair Trade Practices (Fla. Stat. § 501.201 et seq.)**

59.  OJC repeats and realleges paragraphs 1 through 38, as it fully set forth herein.

60.  Defendants' false Counterfeit Claims against OJC with Amazon is an unfair trade practice.

61.  Noco's false Counterfeit Claims was performed in the course of trade or commerce.

62.  Noco's unfair trade practice caused monetary harm to OJC.

WHEREFORE, Plaintiff OJC seeks monetary damages, the costs of the action, and reasonable attorney's fees, injunctive relief against Noco in the form of a retraction of its false Counterfeit Claim with Amazon, and a permanent injunction barring Noco from filing any future false claims concerning OJC, pursuant to Fla. Stat. § 501.211.

**PLAINTIFF DEMANDS A TRIAL BY JURY FOR ALL ISSUES TRIABLE BY RIGHT**

Dated: February 2, 2020.

Respectfully submitted,

Shlomo Y. Hecht, P.A.
3076 N Commerce Parkway
Miramar, FL 33025
Phone: 954-861-0025

By: /s/ <u>Shlomo Y Hecht</u>
Florida State Bar No.: 127144
Email: sam@hechtlawpa.com
Attorney for Plaintiff

JS 44 (Rev. 06/17)

## CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*  **NOTICE: Attorneys MUST Indicate All Re-filed Cases Below.**

| I. (a) PLAINTIFFS OJ COMMERCE LLC | DEFENDANTS THE NOCO COMPANY |
|---|---|

**(b)** County of Residence of First Listed Plaintiff

*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant

*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Shlomo Y. Hecht, P.A.

3076 N Commerce Parkway,Miramar, FL 33025,954-861-0025

Attorneys *(If Known)*

**(d)**Check County Where Action Arose: ☐ MIAMI- DADE  ☐ MONROE  ☒ BROWARD  ☐ PALM BEACH  ☐ MARTIN  ☐ ST. LUCIE  ☐ INDIAN RIVER  ☐ OKEECHOBEE  ☐ HIGHLANDS

## II. BASIS OF JURISDICTION  *(Place an "X" in One Box Only)*

☐ 1  U.S. Government
        Plaintiff

☒ 3  Federal Question
        *(U.S. Government Not a Party)*

☐ 2  U.S. Government
        Defendant

☐ 4  Diversity
        *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff)*
*(For Diversity Cases Only)*  and One Box for Defendant)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☒ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729 (a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine | | | ☐ 835 Patent – Abbreviated New Drug Application | ☐ 460 Deportation |
| | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Mgmt. Relations | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Med. Malpractice | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | ☐ 871 IRS—Third Party 26 USC 7609 | |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | **Other:** | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 530 General | | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| | | ☐ 550 Civil Rights | ☐ 465 Other Immigration Actions | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee – Conditions of Confinement | | | |

## V. ORIGIN  *(Place an "X" in One Box Only)*

☒ 1  Original
        Proceeding

☐ 2  Removed
        from State
        Court

☐ 3  Re-filed
        *(See VI below)*

☐ 4  Reinstated
        or
        Reopened

☐ 5  Transferred from
        another district
        *(specify)*

☐ 6  Multidistrict
        Litigation
        Transfer

☐ 7  Appeal to
        District Judge
        from Magistrate
        Judgment

☐ 8  Multidistrict
        Litigation
        – Direct
        File

☐ 9  Remanded from
        Appellate Court

## VI. RELATED/ RE-FILED CASE(S)

(See instructions): a) Re-filed Case ☐YES ☒ NO  b) Related Cases ☐YES ☒ NO

JUDGE:                                        DOCKET NUMBER:

## VII. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause  *(Do not cite jurisdictional statutes unless diversity)*:
15 U.S.C. § 1125

LENGTH OF TRIAL via _____ days estimated (for both sides to try entire case)

## VIII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A **CLASS ACTION** UNDER F.R.C.P. 23

DEMAND $75,000.00

CHECK YES only if demanded in complaint:

JURY DEMAND:  ☒ Yes  ☐ No

**ABOVE INFORMATION IS TRUE & CORRECT TO THE BEST OF MY KNOWLEDGE**

DATE
February 2, 2020

SIGNATURE OF ATTORNEY OF RECORD
/s/ Shlomo Y Hecht

**FOR OFFICE USE ONLY**

RECEIPT #                AMOUNT                IFP                JUDGE                MAG JUDGE

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### for the

Southern District of Florida ▼

| | |
|---|---|
| OJ COMMERCE LLC | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | )   Civil Action No. |
| THE NOCO COMPANY | ) |
| | ) |
| | ) |
| _____ | ) |
| *Defendant(s)* | ) |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   THE NOCO COMPANY
REGISTERED AGENT: 1600 CNB CORP
1375 EAST 9TH STREET, 29TH FLOOR
CLEVELAND OH 44114

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Shlomo Y. Hecht, P.A.
3076 N Commerce Parkway
Miramar, FL 33025

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                                              *Signature of Clerk or Deputy Clerk*



**From:** "notice-dispute@amazon.com" <notice-dispute@amazon.com>
**Sent:** 10/2/2019 3:32 PM
**To:** notify@ojcommerce.com
**CC:**
**Subject:** Notice: Policy Warning

Hello, We received a report from a rights owner that the products listed at the end of this email are inauthentic. The rights owner is asserting that the products infringe the following trademark: -- Trademark number 1165271 Why did this happen? One or more of your listings may be infringing the intellectual property rights of others. We're here to help. If you need help understanding why your listings may infringe the intellectual property rights of others, please search for "Intellectual Property Policy" in Seller Central Help (https://sellercentral.amazon.com/gp/help/external/201361070). How do I reactivate my listing? Please provide one of the following to reactivate your listings: 1) A retraction of the report from the rights owner: -- NOCO -- legal@no.co 2) An invoice or letter of authorization from the manufacturer or Rights Owner verifying the product's authenticity to notice-dispute@amazon.com. External links are not accepted. For security reasons, we only accept attachments in the following file formats: .jpeg, .jpg, .pjpeg, .gif, .png, .tiff, Have your listings been removed in error? If you believe there has been an error, please tell us why. Your explanation should include the following information: -- Proof that you have never sold or listed the reported product. We will investigate to determine if an error occurred. OR -- Explanation of why you were warned in error. We will investigate to determine if an error occurred. What happens if I do not provide the requested information? If we do not receive the proof of authenticity, your listings will remain inactive. We reserve the right to destroy the inventory associated with this violation if proof of authenticity is not provided within 90 days. ASIN: B004LWTHP2 Infringement type: Counterfeit Trademark asserted: 1165271 Complaint ID: 6482867911

## Notice: Policy Warning

From : "notice-dispute@amazon.com" <notice-dispute@amazon.com>

To : notify@ojcommerce.com **Received On : 12-26-2019 17:49:53 PM**

Hello, We received a report from a rights owner that the products listed at the end of this email are inauthentic. The rights owner is asserting that the products infringe the following trademark: -- Trademark number: 1165271 Why did this happen? One or more of your listings may be infringing the intellectual property rights of others. We're here to help. If you need help understanding why your listings may infringe the intellectual property rights of others, please search for "Intellectual Property Policy" in Seller Central Help (https://sellercentral.amazon.com/gp/help/external/201361070). How do I reactivate my listing? Please provide the following to reactivate your listings: -- An invoice, letter of authorization or a licensing agreement from the manufacturer or Rights Owner demonstrating that your products are lawful to notice-dispute@amazon.com. External links are not accepted. For security reasons, we only accept attachments in the following file formats: .jpeg, .jpg, .pjpeg, .gif, .png, .tiff. Have your listings been removed in error? If you have never sold or listed the product, please reach out to us and tell us. If you think that the rights owner has made an error in sending the notice, please reach out to the rights owner and ask for a retraction of the notice. To retract the complaint, the rights owner must send the retraction to us at notice-dispute@amazon.com or use the retraction function in Brand Registry. These are the rights owner's contact details: -- NOCO -- legal@no.co We can only accept retractions if the rights owner clearly states that they made an error. For any other reason, please explain to us why you were warned in error so that we can investigate the case. What happens if I do not provide the requested information? Your listings will remain inactive. We reserve the right to destroy the inventory associated with this violation if proof of authenticity is not provided within 90 days. ASIN: B015TKPT1A Infringement type: Counterfeit Trademark asserted: 1165271 Complaint ID: 6702229381 You can view your account performance (https://sellercentral.amazon.com/performance/dashboard?reftag=email_warn) or select Account Health on the home screen of the Amazon Seller app on your iOS or Android device. The Account Health dashboard shows how well your account is performing against the performance metrics and policies required to sell on Amazon. -- iOS: https://itunes.apple.com/us/app/amazon-Seller/id794141485 -- Android: https://play.google.com/store/apps/details? id=com.amazon.sellermobile.android&hl...



**From:** "notice-dispute@amazon.com" <notice-dispute@amazon.com>
**Sent:** 12/27/2019 7:38 PM
**To:** notify@ojcommerce.com
**CC:**
**Subject:** Notice: Policy Warning

Hello, We received a report from a rights owner that the products listed at the end of this email are inauthentic. The rights owner is asserting that the products infringe the following trademark: -- Trademark number: 1165271 Why did this happen? One or more of your listings may be infringing the intellectual property rights of others. We're here to help. If you need help understanding why your listings may infringe the intellectual property rights of others, please search for "Intellectual Property Policy" in Seller Central Help (https://sellercentral.amazon.com/gp/help/external/201361070). How do I reactivate my listing? Please provide the following to reactivate your listings: -- An invoice, letter of authorization or a licensing agreement from the manufacturer or Rights Owner demonstrating that your products are lawful to notice-dispute@amazon.com. External links are not accepted. For security reasons, we only accept attachments in the following file formats: .jpeg, .jpg, .pjpeg, .gif, .png, .tiff. Have your listings been removed in error? If you have never sold or listed the product, please reach out to us and tell us. If you think that the rights owner has made an error in sending the notice, please reach out to the rights owner and ask for a retraction of the notice. To retract the complaint, the rights owner must send the retraction to us at notice-dispute@amazon.com or use the retraction function in Brand Registry. These are the rights owner's contact details: -- NOCO -- legal@no.co We can only accept retractions if the rights owner clearly states that they made an error. For any other reason, please explain to us why you were warned in error so that we can investigate the case. What happens if I do not provide the requested information? Your listings will remain inactive. We reserve the right to destroy the inventory associated with this violation if proof of authenticity is not provided within 90 days. ASIN: B004LX14Z2 Infringement type: Counterfeit Trademark asserted: 1165271 Complaint ID: 6704085891 You can view your account performance (https://sellercentral.amazon.com/performance/dashboard?reftag=email_warn) or select Account Health on the home screen of the Amazon Seller app on your iOS or Android device. The Account Health dashboard shows how well your account is performing against the performance metrics and policies required to sell on Amazon. -- iOS: https://itunes.apple.com/us/app/amazon-Seller/id794141485 -- Android: https://play.google.com/store/apps/details?id=com.amazon.sellermobile.android&hl...



**From:** "notice-dispute@amazon.com" <notice-dispute@amazon.com>
**Sent:** 12/27/2019 7:35 PM
**To:** notify@ojcommerce.com
**CC:**
**Subject:** Notice: Policy Warning

Hello, We received a report from a rights owner that the products listed at the end of this email are inauthentic. The rights owner is asserting that the products infringe the following trademark: -- Trademark asserted:1165271 Why did this happen? One or more of your listings may be infringing the intellectual property rights of others. We're here to help. If you need help understanding why your listings may infringe the intellectual property rights of others, please search for "Intellectual Property Policy" in Seller Central Help (https://sellercentral.amazon.com/gp/help/external/201361070). How do I reactivate my listing? Please provide the following to reactivate your listings: -- An invoice, letter of authorization or a licensing agreement from the manufacturer or Rights Owner demonstrating that your products are lawful to notice-dispute@amazon.com. External links are not accepted. For security reasons, we only accept attachments in the following file formats: .jpeg, .jpg, .pjpeg, .gif, .png, .tiff. Have your listings been removed in error? If you have never sold or listed the product, please reach out to us and tell us. If you think that the rights owner has made an error in sending the notice, please reach out to the rights owner and ask for a retraction of the notice. To retract the complaint, the rights owner must send the retraction to us at notice-dispute@amazon.com or use the retraction function in Brand Registry. These are the rights owner's contact details: -- NAME OF RIGHTS OWNER : NOCO Legal -- EMAIL ADDRESS OF RIGHTS OWNER: legal@no.co We can only accept retractions if the rights owner clearly states that they made an error. For any other reason, please explain to us why you were warned in error so that we can investigate the case. What happens if I do not provide the requested information? Your listings will remain inactive. We reserve the right to destroy the inventory associated with this violation if proof of authenticity is not provided within 90 days. ASIN: B015TKSSB8 Infringement type: Counterfeit Trademark asserted:1165271 Complaint ID: 6704022281 You can view your account performance (https://sellercentral.amazon.com/performance/dashboard?reftag=email_warn) or select Account Health on the home screen of the Amazon Seller app on your iOS or Android device. The Account Health dashboard shows how well your account is performing against the performance metrics and policies required to sell on Amazon. -- iOS: https://itunes.apple.com/us/app/amazon-Seller/id794141485 -- Android: https://play.google.com/store/apps/details?id=com.amazon.sellermobile.android&hl.. Sincerely, Seller Performance Team Amazon.com



**From:** "notice-dispute@amazon.com" <notice-dispute@amazon.com>
**Sent:** 12/31/2019 9:44 PM
**To:** notify@ojcommerce.com
**CC:**
**Subject:** Notice: Policy Warning

Hello, We received a report from a rights owner that the products listed at the end of this email are inauthentic. The rights owner is asserting that the products infringe the following trademark: -- Trademark number 1302394 Why did this happen? One or more of your listings may be infringing the intellectual property rights of others. We're here to help. If you need help understanding why your listings may infringe the intellectual property rights of others, please search for "Intellectual Property Policy" in Seller Central Help (https://sellercentral.amazon.com/gp/help/external/201361070). How do I reactivate my listing? Please provide the following to reactivate your listings: -- An invoice, letter of authorization or a licensing agreement from the manufacturer or Rights Owner demonstrating that your products are lawful to notice-dispute@amazon.com. External links are not accepted. For security reasons, we only accept attachments in the following file formats: .jpeg, .jpg, .pjpeg, .gif, .png, .tiff. Have your listings been removed in error? If you have never sold or listed the product, please reach out to us and tell us. If you think that the rights owner has made an error in sending the notice, please reach out to the rights owner and ask for a retraction of the notice. To retract the complaint, the rights owner must send the retraction to us at notice-dispute@amazon.com or use the retraction function in Brand Registry. These are the rights owner's contact details: -- NOCO Legal -- legal@no.co We can only accept retractions if the rights owner clearly states that they made an error. For any other reason, please explain to us why you were warned in error so that we can investigate the case. What happens if I do not provide the requested information? Your listings will remain inactive. We reserve the right to destroy the inventory associated with this violation if proof of authenticity is not provided within 90 days. ASIN: B015TKUPIC Infringement type: Counterfeit Trademark asserted: Trademark number 1302394 Complaint ID: 6712661871 You can view your account performance (https://sellercentral.amazon.com/performance/dashboard?reftag=email_warn) or select Account Health on the home screen of the Amazon Seller app on your iOS or Android device. The Account Health dashboard shows how well your account is performing against the performance metrics and policies required to sell on Amazon. -- iOS: https://itunes.apple.com/us/app/amazon-Seller/id794141485 -- Android: https://play.google.com/store/apps/details?id=com.amazon.sellermobile.android&hl... Sincerely , Amazon.com

**From:** "notice-dispute@amazon.com" <notice-dispute@amazon.com>
**Sent:** 1/1/2020 2:49 PM
**To:** info@ojcommerce.com
**CC:**
**Subject:** RE:[CASE 6710335661] Your Amazon.com Inquiry

Hello,    Thank you for your message, but we cannot accept your appeal because it does not address the report we received from the rights owner. Please provide the following information so that we can process your appeal:    -- Proof of product authenticity (e.g., invoice, Order ID, licensing agreement, letter of authorization). It must clearly prove that your products do not infringe any intellectual property rights. . Please send this information, any other documentation, and a list of impacted ASINS to notice-dispute@amazon.com.    -- Greater detail on the root cause(s) of the infringement.. -- Greater detail on the actions you have taken to resolve issues. -- Greater detail on the steps you have taken to prevent infringement going forward.   Where do I send this information? Send this information to notice-dispute@amazon.com.   What happens if I do not send the requested information? If we do not receive the requested information within 17 days of the original suspension notification, your account will remain deactivated.    ASIN: B015TKSSB8 Complaint ID: 6710335661 Depending on your account status and activities, you may be required to complete an additional review before funds can be released. Amazon may withhold payments if we determine that your account was used to sell inauthentic or prohibited goods.   You can see your balance and settlement information in the Payments section of Seller Central. If you have questions about those, please send an email to payments-funds@amazon.com.     You can view your account performance (https://sellercentral.amazon.com/performance/dashboard?reftag=email_appeal) or select Account Health on the home screen of the Amazon Seller app on your iOS or Android device. The Account Health dashboard shows how well your account is performing against the performance metrics and policies required to sell on Amazon.   -- iOS: https://itunes.apple.com/us/app/amazon-Seller/id794141485 -- Android: https://play.google.com/store/apps/details?id=com.amazon.sellermobile.android&hl=en



**From:** "notice-dispute@amazon.com" <notice-dispute@amazon.com>
**Sent:** 1/6/2020 4:22 PM
**To:** notify@ojcommerce.com
**CC:**
**Subject:** Notice: Policy Warning

Hello, We received a report from a rights owner that the products listed at the end of this email are inauthentic. The rights owner is asserting that the products infringe the following trademark: Trademark number: 1165271 Why did this happen? One or more of your listings may be infringing the intellectual property rights of others. We're here to help. If you need help understanding why your listings may infringe the intellectual property rights of others, please search for "Intellectual Property Policy" in Seller Central Help (https://sellercentral.amazon.com/gp/help/external/201361070). How do I reactivate my listing? Please provide the following to reactivate your listings: -- An invoice, letter of authorization or a licensing agreement from the manufacturer or Rights Owner demonstrating that your products are lawful to notice-dispute@amazon.com. External links are not accepted. For security reasons, we only accept attachments in the following file formats: .jpeg, .jpg, .pjpeg, .gif, .png, .tiff. Have your listings been removed in error? If you have never sold or listed the product, please reach out to us and tell us. If you think that the rights owner has made an error in sending the notice, please reach out to the rights owner and ask for a retraction of the notice. To retract the complaint, the rights owner must send the retraction to us at notice-dispute@amazon.com or use the retraction function in Brand Registry. These are the rights owner's contact details: -- NOCO Legal -- legal@no.co We can only accept retractions if the rights owner clearly states that they made an error. For any other reason, please explain to us why you were warned in error so that we can investigate the case. What happens if I do not provide the requested information? Your listings will remain inactive. We reserve the right to destroy the inventory associated with this violation if proof of authenticity is not provided within 90 days. ASIN: B00PKIBVU0 Title: NOCO Genius G15000 12V/24V 15 Amp Pro-Series Battery Charger and Maintainer Infringement type: Counterfeit Trademark asserted: 1165271 Complaint ID: 6724652801 You can view your account performance (https://sellercentral.amazon.com/performance/dashboard?reftag=email_warn) or select Account Health on the home screen of the Amazon Seller app on your iOS or Android device. The Account Health dashboard shows how well your account is performing against the performance metrics and policies required to sell on Amazon. -- iOS: https://itunes.apple.com/us/app/amazon-Seller/id794141485 -- Android: https://play.google.com/store/apps/details?id=com.amazon.sellermobile.android&hl...

# Notice: Policy Warning

## Amazon.com <notice@amazon.com>

Tue 1/14/2020 3:39 PM

To:Shloimy Hecht <shloimy@ojcommerce.com>;

Hello,

We received a report from a rights owner that believes the items at the end of this email infringe their patent: D801060.

We may let you list this content again if we receive a retraction from the rights owner:

Emson Enforcement
EmsonEnforcement002@gmail.com

If the rights owner agrees to retract their complaint, they must send the retraction to us at notice-dispute@amazon.com.

If you believe that the reported content does not infringe the rights owner's patent, you may email notice-dispute@amazon.com
with supporting information.

We consider allegations of intellectual property infringement a serious matter. If we receive more complaints about your listings, we may not allow you to sell on Amazon.com.

To learn more about this policy, search for "Intellectual Property Violations" in Seller

Central Help (https://sellercentral.amazon.com/gp/help/external/201361070).

 ASIN: B07FR4VY9Y

Title: Creative Motion 22487-6 LED, Desk Lamp, Center Piece, Night Light, Multi/Color

Infringement type: Patent

Patent Number: D801060

Complaint ID: 6746015091

You can learn more about your account health in the Performance section of Seller Central (https://sellercentral.amazon.com/gp/seller-rating/pages/performance-summary.html).

Sincerely,

Seller Performance Team

https://www.amazon.com

Amazon.com

Was this email helpful?

If you have any questions visit: Seller Central

To change your email preferences visit: Notification Preferences

Copyright 2020 Amazon, Inc, or its affiliates. All rights reserved.
Amazon.com, 410 Terry Avenue North, Seattle, WA 98109-5210



*The Law Offices of*
# Shlomo Y. Hecht, P.A.

3076 N. COMMERCE PARKWAY, MIRAMAR, FL 33025
954.861.0025 • SAM@HECHTLAWPA.COM
WWW.HECHTLAWPA.COM

January 16, 2020

KOHRMAN JACKSON & KRANTZ LLP
LEGAL COUNSEL TO THE NOCO COMPANY
One Cleveland Center, 29th Floor
1375 East Ninth Street
Cleveland, Ohio 44114

### Re: CEASE AND DESIST & LITIGATION HOLD NOTICE

Dear Mr. Jon J. Pinney:

Please be advised that the undersigned represents OJ Commerce, LLC ("OJC") against THE NOCO COMPANY ("NOCO") in connection with multiple false and malicious complaints to Amazon, for violations of Federal and Florida State unfair and deceptive trade practices, defamation, slander, and tortious interference.

Specifically, OJC received the following NOCO complaints from Amazon:

- October 2, 2019, Claim # 6482867911 for B004LWTHP2 as counterfeit
- December 26, 2019, Claim # 6702229381 for B015TKPT1A as counterfeit
- December 27, 2019, Claim # 6704085891 for B004LX14Z2 as counterfeit
- December 27, 2019, Claim # 6704022281 for B015TKSSB8 as counterfeit
- December 31, 2019, Claim # 6712661871 for B015TKUPIC as counterfeit
- January 1, 2020, Claim # 6710335661 for B015TKSSB8 as counterfeit
- January 11, 2020, Claim # 6724652801 for B00PKIBVU0 as counterfeit
- January 14, 2020, Claim # 6746015091 for B07FR4VY9Y as countereit

All of NOCO's complaints are malicious, false, slanderous and defamatory, and such willful tortious conduct specifically targeted to harm OJC's business reputation, goodwill.

**OJC hereby demands that NOCO cease and desist these abusive practices immediately, and send a full retraction to Amazon within 48 hours. You must respond to us in writing with a copy of your retraction. Failure to do so will result in legal action against NOCO and its affiliates, including but not limited to the causes of action laid out above.**

Furthermore, OJC will soon be seeking discovery to identify all paper documents, physical items, electronic documents, data, or other evidence and materials within the definition of Rule 34 of the Federal Rules of Civil Procedure that may be relevant to the abovementioned Ligation *as well as to similar claims related to similarly situated plaintiffs* ("Documents"). As part of this process, you must preserve and safeguard, and must not alter, delete, destroy, or discard, any



3076 N. COMMERCE PARKWAY, MIRAMAR, FL 33025
954.861.0025 • SAM@HECHTLAWPA.COM
WWW.HECHTLAWPA.COM

paper documents, physical items, or electronic documents and data you have relating to the Litigation and claims above.

This litigation hold notice (the "**Notice**") applies to all paper documents, physical items, and electronic documents and data that may be relevant to the Litigation. Relevant paper documents include correspondence, handwritten notes, telephone logs, calendars, and other business records. **If you are unsure about whether certain documents and data are relevant, you should preserve them.**

You also must take affirmative steps to preserve, and suspend any deletion, overwriting, modification, or other destruction of all relevant electronic documents and data under your control. Electronic data includes correspondence, telephone logs, and other business records, such as emails including Outlook PST/Lotus Notes NSF/ files, voicemails, text messages, instant messages (IMs), calendars, word processing files, spreadsheets, PDFs, JPEGs, PowerPoint presentations, Access, Oracle and other databases, including cloud-based storage, temporary internet files, cookies, .ZIP files, and all other forms of electronic information, wherever it resides, including the Internet. You must preserve this information in its current form, without moving any electronic information or changing any related metadata (for example, a document's creation or last access date).

Your preservation obligation also extends to the preservation of relevant data on external media, including hard drives, DVDs, CDs, USBs, personal home computers, laptops, and mobile devices, including PDAs, cell phones, and tablets. In sum, all paper and electronically stored information must be preserved intact and without modification. **Please note this list is not intended to be exhaustive and you must preserve any and all information relevant to this dispute.**

Please perverse all such evidence and materials until such time as the Litigation is complete and any potential claims are finally disposed of, whether through litigation or other means.

Your failure to preserve relevant data may constitute spoliation of evidence and may subject you to sanctions. *See* e.g., *DeLong v. A-Top Air Conditioning Co.,* 710 So. 2d 706 (Fla. 3d DCA 1998) (affirming dismissal with prejudice of claim where party failed to preserve evidence material to case). We trust you will preserve any and all Documents for the duration of this dispute. In the event a dispute arises out of your failure to preserve Documents, we will rely on this letter as evidence of our request and notice of your preservation obligations.

GOVERN YOURSELF ACCORDINGLY,

Shlomo Y Hecht, Esq.

Case 0:20-cv-60974-WPD   Document 52-1   Entered on FLSD Docket 07/23/2020   Page 1 of 2

1

English ▼        Search                          🔍        Messages | Help | Settings

OJCommerce 🇺🇸   www.amazon.com - OJCon ▼

**Catalog**   **Inventory**   **Pricing**   **Orders**   **Advertising**   **Programs**   **Reports**   **Performance**   **Apps & Services**

# Urgent: Your account is at risk of deactivation
ID 6777056211

**Open Case:**  Action Needed By  Amazon

View Your Case and
Request Log

[ Reply ]

---

**mgardner@ojcommerce.com**                                                    Jan 30, 2020 07:37 AM
Notice One:
See more

---

**Amazon**                                                                     Jan 29, 2020 10:41 AM

Dear OJCommerce,

Thank you for talking with us about your Amazon selling account.

As we discussed, there have been some issues with your account related to intellectual property infringement.

Why is this happening?
Amazon does not allow listings that violate the intellectual property rights of brands or rights owners. To learn more, please review Amazon's Intellectual Property Policy (https://sellercentral.amazon.com/gp/help/201361070).

Amazon previously alerted you of these issues by emailing you the warnings listed below:

Notice:
-- Date: Jan 11th 2020
-- ASIN: B015TKUPIC

What's next?
Send a plan of action within 72 hours that explains:
-- Proof of authenticity (e.g., invoice, Order ID, letter of authorization, licensing agreement or court order) for infringing listings
-- The steps you have taken to ensure that you are no longer infringing and will not infringe in the future
-- Other relevant information
-- Supporting details should you believe the notice was submitted in error or the notices are incorrect

How do I send the required information?
Please submit your plan and supporting product documentation by responding to this email from your case log in Seller Central at this link (https://sellercentral.amazon.com/cu/case-lobby).

What happens if I do not send the requested information?
If we do not receive the requested information within 72 hours, your account will be deactivated and funds will not be transferred to you but will stay in your account while we work with you to address this issue.

We're here to help
The Account Health Support team is available 7 days a week to address your concerns in detail. To request a call from the Account Health Support team between 7:00 am to 6:00 pm Pacific Standard Time use this link: (https://sellercentral.amazon.com/cu/contact-us/cmn/QUALITY) or between 9:00 to 5:00 China Standard Time use this link: (https://sellercentral.amazon.com/cu/contact-us/cmn/MARKETPLACE).

You can view your account performance at (https://sellercentral.amazon.com/performance/dashboard?ref=ah_em_op) or select Account Health on the home screen of the Amazon Seller app on your iOS or Android device. Your Account Health shows how well your account is performing against the performance metrics and policies required to sell on Amazon.
-- Download iOS App at (https://itunes.apple.com/na/app/amazon-seller/id794141485)
-- Download Android App at (https://play.google.com/store/apps/details?id=com.amazon.sellermobile.android&hl)

FEEDBACK                    rward to hearing from you soon,

Adrian M.
Amazon Account Health Support
======================================
MORE WAYS TO GET HELP:
Visit our Seller Forums for help from other sellers: http://sellercentral.amazon.com/forums
Browse all Seller Help topics: http://sellercentral.amazon.com/gp/help

To contact us again about this issue, please use the Contact Us form in Seller Central using the following link:

https://sellercentral.amazon.com/cu/case-dashboard/view-case?caseID=6777056211

Please note: this e-mail was sent from a notification-only address that cannot accept incoming e-mail. Please do not reply to this message.

See less

---

Get support   |   Program Policies   [ English ▼ ]

© 1999-2020, Amazon.com, Inc. or its affiliates



FEEDBACK



**Shloimy Hecht <shloimy@gmail.com>**

---

## Re: Noco Amazon Complaints against OJ Commerce, LLC

**Sam Hecht** <sam@hechtlawpa.com>                                    Thu, Jan 30, 2020 at 12:09 PM
To: "Sean P. Malone" <spm@kjk.com>
Cc: Sam Hecht <sam@hechtlawpa.com>, "David R. Posteraro" <drp@kjk.com>, "Valerie M. Valochik" <vmv@kjk.com>

Dear Attorney Malone,

I discussed Noco's offer with OJ Commerce but they decline to accept these terms.  OJ will not sign any agreement limiting or restricting its rights to sell any products.

However, for settlement purposes, OJ Commerce has agreed not to pursue legal action against Noco for the false counterfeit complaints filed with Amazon, in return that (1) Noco immediately retracts all counterfeit complaints with Amazon, and (2) dismisses the Ohio lawsuit with prejudice.

Additionally, I'm putting you on **URGENT NOTICE**, to advise you that Amazon threatened OJ Commerce to deactivate its entire account as a result of Noco's false counterfeit complaint.  See attached a copy of the Amazon notice.  In the event OJ Commerce's account gets shut off entirety, the damages will be in the hundreds of thousands of dollars per day, and OJ Commerce will vigorously assert all of its legal rights against Noco in Federal Court.  I ask that Noco immediately retract its false counterfeit complaint with Amazon, to avoid further damage.

Sincerely,

Shlomo ("Sam") Hecht, Esq.

The Law Offices of Shlomo Y. Hecht, P.A.
3076 N Commerce Parkway
Miramar, FL 33025
Phone: 954-861-0025

Email: sam@hechtlawpa.com

**Confidentiality Notice**
This email is intended only for the person addressed to, and may contain confidential information that is protected by the attorney-client privilege.  If you received this message by error, or if you are not the intended recipient, you must not disclosure or transmit this information to any person, notify our office immediately by emailing: sam@hechtlawpa.com or calling: (954) 861-0025, and delete this message immediately.

[Quoted text hidden]

---



**Amazon Noco Notice.pdf**
86K

**From:** Amazon <notice-request-dispute@amazon.com>

**Sent:** 2/2/2020 2:08 AM

**To:** notify@ojcommerce.com

**CC:**

**Subject:** Your Amazon.com Inquiry



Hello,

Your account has been temporarily deactivated. Your listings have been removed. Funds will not be transferred to you but will stay in your account while we work with you to address this issue. This may take up to 90 days. Please ship any open orders to avoid further impact to your account.

Why is this happening?
We have not received a valid plan of action addressing the listings below.

Amazon previously alerted you of these issues through the warnings listed below:

Notice one:

-- Date: Jan 11th 2020

-- ASIN: B015TKUPIC

Notice two:

-- Date: Jan14th 2020

-- ASIN: B07FR4VY9Y

-- Name of Rights Owner: EmsonEnforcement002@gmail.com

-- Infringement Type: PATENT


How do I reactivate my account?

To reactivate your account, please send us the following information:

-- Proof of non-infringement (e.g., invoice, Order ID, letter of authorization, licensing agreement or court order) for all affected listings.

-- The steps you have taken to ensure that you are no longer infringing and will not infringe in the future.

-- Other relevant information.

-- Supporting details should you believe the notice was submitted in error or the notices are incorrect.


How do I send this information?

Please submit this information by clicking the Appeal button on Account Health (https://sellercentral.amazon.com/performance/dashboard).


We're here to help

The Account Health Support team is available 7 days a week to address your concerns in detail. To request a call from the Account Health Support team between 7:00 a.m. – 6:00 p.m. Pacific Time use this link: (https://sellercentral.amazon.com/cu/contact-us/cmn/QUALITY) or between 9:00 to 5:00 China Standard Time use this link: (https://sellercentral.amazon.com/cu/contact-us/cmn/MARKETPLACE).


Amazon does not allow listings that violate the intellectual property rights of brands or rights owners. To learn more, please review Amazon's Intellectual Property Policy (https://sellercentral.amazon.com/gp/help/201361070).


You can view your account's performance at (https://sellercentral.amazon.com/performance/dashboard) or select Account Health on the home screen of the Amazon Seller app on your iOS or Android device. The Account Health dashboard shows how well your account is performing against the performance

metrics and policies required to sell on Amazon.

-- iOS: https://itunes.apple.com/us/app/amazon-Seller/id794141485

-- Android: https://play.google.com/store/apps/details?

id=com.amazon.sellermobile.android&hl...

Sincerely,

Seller Performance Team

Amazon.com

http://www.amazon.com

# EXHIBIT B

**From:** Amazon <notice-request-dispute@amazon.com>

**Sent:** 2/2/2020 2:08 AM

**To:** notify@ojcommerce.com

**CC:**

**Subject:** Your Amazon.com Inquiry



Hello,

Your account has been temporarily deactivated. Your listings have been removed. Funds will not be transferred to you but will stay in your account while we work with you to address this issue. This may take up to 90 days. Please ship any open orders to avoid further impact to your account.

Why is this happening?

We have not received a valid plan of action addressing the listings below.

Amazon previously alerted you of these issues through the warnings listed below:

Notice one:

-- Date: Jan 11th 2020

-- ASIN: B015TKUPIC

Notice two:

-- Date: Jan14th 2020

-- ASIN: B07FR4VY9Y

-- Name of Rights Owner: EmsonEnforcement002@gmail.com

-- Infringement Type: PATENT


How do I reactivate my account?

To reactivate your account, please send us the following information:

-- Proof of non-infringement (e.g., invoice, Order ID, letter of authorization, licensing agreement or court order) for all affected listings.

-- The steps you have taken to ensure that you are no longer infringing and will not infringe in the future.

-- Other relevant information.

-- Supporting details should you believe the notice was submitted in error or the notices are incorrect.


How do I send this information?

Please submit this information by clicking the Appeal button on Account Health (https://sellercentral.amazon.com/performance/dashboard).


We're here to help

The Account Health Support team is available 7 days a week to address your concerns in detail. To request a call from the Account Health Support team between 7:00 a.m. – 6:00 p.m. Pacific Time use this link: (https://sellercentral.amazon.com/cu/contact-us/cmn/QUALITY) or between 9:00 to 5:00 China Standard Time use this link: (https://sellercentral.amazon.com/cu/contact-us/cmn/MARKETPLACE).


Amazon does not allow listings that violate the intellectual property rights of brands or rights owners. To learn more, please review Amazon's Intellectual Property Policy (https://sellercentral.amazon.com/gp/help/201361070).


You can view your account's performance at (https://sellercentral.amazon.com/performance/dashboard) or select Account Health on the home screen of the Amazon Seller app on your iOS or Android device. The Account Health dashboard shows how well your account is performing against the performance

Case 0:20-cv-62974-RAR Document 52-1 Entered on FLSD Docket 07/24/2020 Page 63 of 63

metrics and policies required to sell on Amazon.

-- iOS: https://itunes.apple.com/us/app/amazon-Seller/id794141485

-- Android: https://play.google.com/store/apps/details?
id=com.amazon.sellermobile.android&hl...

Sincerely,

Seller Performance Team

Amazon.com

http://www.amazon.com