UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-CIV-62974-RAR

**OJ COMMERCE, LLC**,

    Plaintiff,

v.

**HOME CITY, INC.**,

    Defendant.
_____/

**HOME CITY, INC.**,

    Third-Party Plaintiff,

v.

**THE NOCO COMPANY**, *et al.*,

    Third-Party Defendants.
_____/

## ORDER TO PERFECT SERVICE AND REQUIRING COMBINED RESPONSES

**THIS CAUSE** comes before the Court *sua sponte*. On July 24, 2020, Defendant/Third-Party Plaintiff Home City, Inc. filed a Third-Party Complaint against the NOCO Company, Standard Sales, Inc., and Actiontec Electronics, Inc. [ECF No. 52] ("Third-Party Complaint"). On August 28, 2020, the NOCO Company's counsel filed a Notice of Appearance [ECF No. 71]. However, the record does not reflect that Defendants Standard Sales, Inc. and Actiontec Electronics, Inc. have been served with process. To better manage the orderly progress of this case, it is

**ORDERED AND ADJUDGED** as follows:

    1.    The NOCO Company shall not file a response to the Third-Party Complaint until Standard Sales, Inc., and Actiontec Electronics, Inc. have been served with process.

2. After *all* Third-Party Defendants have been served, Third-Party Defendants shall submit a **single combined response or separate answers** within the time allowed for the last-served Third-Party Defendant to respond.

3. Pursuant to Federal Rule of Civil Procedure 4(m), on or before **October 22, 2020**, Defendant/Third-Party Plaintiff shall perfect service upon Third-Party Defendants Standard Sales, Inc., and Actiontec Electronics, Inc. or show good cause why this action should not be dismissed as to those Third-Party Defendants for failure to perfect service of process. Failure to file proof of service or show good cause by October 22, 2020 will result in a dismissal of the Third-Party Defendants that have not been served without further notice.

4. Defendant/Third-Party Plaintiff shall promptly file returns of service after serving each of the Third-Party Defendants.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 31st day of August, 2020.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**