UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-CV-62974-RUIZ/STRAUSS

**OJ COMMERCE LLC,**

      Plaintiff,

v.

**HOME CITY INC,**

      Defendant.
_____/

## ORDER MODIFYING CONFIDENTIALITY ORDER

THIS MATTER came before the Court upon the parties' Notices of Filing [DE 89, 90], wherein each party proposes amended language for section 4.b of the stipulated confidentiality order ("Confidentiality Order") [DE 20] previously entered in this case. As discussed at the September 30, 2020 status conference, the Confidentiality Order is ambiguous with respect to who may have access to "confidential" information. Due to the ambiguity, the Court ordered the parties to submit the proposed amended language [*see* DE 85].

With the Court having reviewed the different proposed amended language submitted by the parties [DE 89, 90], and being otherwise fully advised in the premises, it is **ORDERED** and **ADJUDGED** that the language in section 4.b of the Confidentiality Order stating "shall be provided to attorneys of record in the Action and employees, consultants, experts and investigators of such attorneys whom they deem necessary that the material be shown for purposes of this Action" is hereby replaced with:

> may only be provided to (a) attorneys of record in the Action, (b) employees, consultants, and investigators of such attorneys, (c) expert witnesses retained in connection with this Action, (d) the Parties, their agents, officers, directors, or employees participating in the prosecution, defense, settlement or other disposition of this Action solely to the extent necessary to assist in this Action, and (e) potential

witnesses, provided such persons agree in writing to abide by and be bound by the Confidentiality Order (as modified herein). Such persons shall not use or disseminate "CONFIDENTIAL" documents or information for any purpose other than the prosecution, defense, settlement or other disposition of this Action.

The Court finds that good cause exists to modify the Confidentiality Order as set forth above and that the modification is consistent with the parties' intent, as well as the Court's intent when the Confidentiality Order was initially entered. In finding good cause, the Court notes that it has balanced any potential harm against the interests of the parties.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 20th day of October 2020.

Jared M. Strauss
United States Magistrate Judge