**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.  19-CIV-62974-RAR**

**OJ COMMERCE, LLC**,

    Plaintiff,

v.

**HOME CITY, INC.**,

    Defendant.

_____/

**ORDER RESCHEDULING SECOND MEDIATION**

The second mediation conference in this matter shall be held with William C. Hearon, Esq. on **Friday, November 6, 2020, at 10:30 a.m.** at the offices of Stok Kon + Braverman, One East Broward Boulevard, Suite 915, Fort Lauderdale, Florida 33301.  A report of the mediation must be filed **within seven (7) days** thereafter.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 4th day of November, 2020.

_____
  RODOLFO A. RUIZ II
  UNITED STATES DISTRICT JUDGE