UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:19-CV-62974-RAR

OJ COMMERCIAL LLC.,

    Plaintiff,

vs.

HOME CITY, INC.,

    Defendant.
_____/

## MEDIATOR'S REPORT

A mediation conference was held in the above-styled case on November 6, 2020. Counsel and the parties or representatives of all of the parties were present. As a result of the mediation conference, a settlement was reached as to all issues in the case. Counsel for the parties will soon be filing appropriate resolution papers with the Court to effectuate the closing of the case.

WILLIAM C. HEARON, P.A.
SunTrust International Center
One Southeast Third Ave, Suite 3000
Miami, Florida 33131
Phone: (305) 579-9813
Fax: (305) 358-4707
Primary E-mail: bill@williamhearon.com
Secondary E-mail: kristina@williamhearon.com

By: _____
William C. Hearon
Florida Bar No. 264660

CASE NO: 1:19-CV-62974-RAR
Page 2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the Mediator's Report has been filed for service through the E-Filing Portal, pursuant to the Supreme Court of Florida Administrative Order No. AOSC13-49, on this 10th day of November 2020, upon the persons listed in the Service List below.

Shlomo Y. Hecht, Esq.
Schlomo Y. Hecht, P.A.
3076 N. Commerce Parkway
Miramar, Florida 33025
sam@hechtlawpa.com

Elroy M. John, Jr., Esq.
Florida Justice Law Firm, PLLC
101 NE 3rd Avenue
Suite 1500
Fort Lauderdale, Florida 33301
info@onlyforjustice.com

*Counsel for Plaintiff*

Joshua R. Kon, Esq.
Gabriel Mandler, Esq.
Stok Kon + Braverman, P.A.
1 East Broward Boulevard
Suite 915
Fort Lauderdale, Florida 33301
jkon@stoklaw.com

*Counsel for Defendant*

By: /s/ William Hearon
William C. Hearon