UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-CIV-62974-RAR

**OJ COMMERCE, LLC**,

    Plaintiff,

v.

**HOME CITY, INC.**,

    Defendant.
_____/

## ORDER ON PLAINTIFF'S MOTION OF VOLUNTARY DISMISSAL WITH PREJUDICE

**THIS CAUSE** comes before the Court on Plaintiff's Motion of Voluntary Dismissal with Prejudice [ECF No. 107], filed on November 13, 2020. Plaintiff requests that the Court retain jurisdiction of this matter to enforce the parties' settlement agreement, but has not filed a copy of the settlement agreement on the docket. The Court will not retain jurisdiction over a settlement agreement it has not fully seen or approved. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that Plaintiff's Motion of Voluntary Dismissal with Prejudice [ECF No. 107] is **DENIED** *without prejudice*. Plaintiff may re-file its Motion of Voluntary Dismissal with Prejudice by **November 27, 2020**, including with it a copy of the parties' settlement agreement on the public docket, or removing the request that the Court retain jurisdiction.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 13th day of November, 2020.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**