UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Case No: 0:19-cv-62974-RAR
Civil Division - Ruiz/Seltzer

OJ COMMERCE LLC
    *Plaintiff*
v.
HOME CITY INC
    *Defendant*
_____/

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, OJ COMMERCE, LLC ("Plaintiff") and Defendant, HOME CITY INC. ("Defendant"), by and through its respective counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(ii), hereby stipulate and agree to dismiss with prejudice all claims asserted or which could have been asserted in this Action against all parties, with each party to bear its own attorney fees and costs, pursuant to the parties' settlement agreement that was reached between the parties on November 6, 2020. A copy of the settlement agreement is hereby attached as Exhibit A. The parties jointly ask this Court to retain jurisdiction for the enforcement of said settlement agreement.

Respectfully submitted on November 25, 2020,

Shlomo Y. Hecht, P.A.
3076 N Commerce Parkway
Miramar, FL 33025
Phone: 954-861-0025

By: /s/ Shlomo Y Hecht
Florida State Bar No.: 127144
Email: sam@hechtlawpa.com
Attorney for Plaintiff OJ COMMERCE, LLC

and

STOK KON + BRAVERMAN
1 E. Broward Boulevard, Suite 915
Fort Lauderdale, FL 33301

Phone: 954.237.1777
Fax: 954.237.1737

By: /s/ Gabriel Mandler
GABRIEL MANDLER, ESQ.
Florida Bar No. 1002499
Email: gmandler@stoklaw.com
Attorney for Defendant HOME CITY INC

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 25, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

Respectfully submitted

Shlomo Y. Hecht, P.A.
3076 N Commerce Parkway
Miramar, FL 33025
Phone: 954-861-0025

By: /s/ Shlomo Y Hecht
Florida State Bar No.: 127144
Email: sam@hechtlawpa.com
Attorney for Plaintiff OJ COMMERCE, LLC