UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

OJ COMMERCE LLC,

    Plaintiff,

CASE NO. 1:19-cv-62974-RAR

v.

HOME CITY INC,

    Defendants.

_____/

## STIPULATION FOR SETTLEMENT

OJ Commerce LLC ("Plaintiff"), Home City Inc. ("Defendant"), and Hisham Abdalwahab ("Guarantor") (collectively hereinafter referred to as the "Parties"), hereby agree to the following terms in consideration for the settlement, release, and waiver of all disputes, claims, and causes of action among them that have arisen or could arise based on the action at issue in the complaint filed in the above mentioned action, without any admission of guilt or liability by any of the Parties and with the Parties seeking simply to obtain peace and repose and avoid the uncertainties of litigation.

1. Defendant hereby agrees to pay Plaintiff $200,000 ("Settlement Sum") under the following terms:

    a. Payment of $50,000 within three (3) business days of execution of this Stipulation for Settlement, by wire transfer, or check made payable to Plaintiff to the account information or address provided by the Plaintiff;

{00584776}

b. Payment of $10,000 on the first of each month, for fifteen (15) months, starting on December 1, 2020 ("Installment Payment"), by wire transfer to the account information provided by the Plaintiff.

c. Wire Information: [REDACTED]

d. Address for check: 3076 N Commerce Pkwy, Miramar, FL 33025.

2. If Defendant misses an Installment Payment, and fails to cure such missed payment within ten (10) business days of notice via email to swahab@homecityinc.com and ggirgus@homecityinc.com and a copy to jkon@stoklaw.com and gmandler@stoklaw.com, then the entire balance of any unpaid amount of the Settlement Sum shall be immediately due and payable.

    a. Defendant hereby waives all defenses to any cause of action to collect on this debt except for a defense that it already paid the amount claimed.

3. Guarantor hereby personally guarantees the Settlement Sum with all his assets. The Guarantor absolutely, unconditionally, and irrevocably guarantees, as primary obligor and not merely as surety, the punctual payment, when due, whether at stated maturity, by acceleration, or otherwise, of all present and future obligations, liabilities, covenants, and agreements required to be observed, performed, or paid by the Defendant whether for principal, interest (including interest accrued after the commencement of any insolvency, bankruptcy or reorganization of the Defendant), costs, expenses, and fees and agrees to pay any and all reasonable costs, fees, and expenses incurred by the Plaintiff in any way related to the enforcement or protection of the Plaintiff's rights hereunder (collectively, the "Obligations").

{00584776}                                          2



    a. Guarantor hereby waives all defenses to any cause of action to collect on this personal guarantee except for a defense that the amount claimed has already been paid.

4. Except for the terms, conditions and obligations contained herein, the Parties and Jacob Weiss (in all capacities) including but not limited to, their spouses, agents, attorneys, employees, representatives, heirs, executors, assigns, parents, subsidiaries, as well as any entity of which any of the above is an officer, director, shareholder, member and/or manager ("Releasees"), hereby release each other from any and all claims, liens, demands, and/or causes of action, known and/or unknown including but not limited to, contract claims, statutory claims, any torts, injury to the person, damage, property damage, and any other type of harm.

5. This Stipulation of Settlement shall inure to the Releasees' respective heirs, accessors, assigns and personal representatives.

6. No waiver of any breach of any of the covenants contained in this Stipulation shall be construed to be a waiver of any succeeding breach of the same covenant and/or any of the rights contained herein.

7. There are no representations and/or warranties, oral and/or written, express and/or implied, except as expressly stated herein.

8. Time is of the essence for all terms and conditions contained herein.

9. In the event any provision contained herein is deemed invalid, illegal and/or unenforceable, it shall not affect the remaining provisions contained herein and should be construed to have the effect intended by the parties.

10. In the event it becomes necessary to enforce the terms of this Stipulation for Settlement, or the personal guarantee referenced above, the prevailing party shall be entitled to all attorney's fees and costs through final judgment and any appeal.

{00584776}     3     *HA* / *JW*

11. The undersigned parties and attorneys hereby acknowledge that they have discussed this Stipulation for Settlement and they have been fully authorized to enter into this Stipulation. Each party acknowledges that they enter into this Stipulation for Settlement freely, voluntarily, without duress and have had ample opportunity to consult their own independent counsel of record.

12. This Stipulation may be executed in counterparts. Each counterpart shall be deemed an original. All counterparts shall constitute a single Stipulation. A facsimile of a signed copy of the Stipulation shall serve as an original executed copy for all purposes.

13. The parties agree that this Stipulation for Settlement was the subject of negotiations and in the event of any ambiguities, shall not be construed against anyone.

14. The Parties, including Guarantor, consent to the exclusive jurisdiction of the Court over them, agree to waive any and all challenges to jurisdiction and/or venue, and agree that the Court shall retain jurisdiction to enforce the terms of this Stipulation for Settlement and the personal guarantee included in paragraph 3.

15. The parties shall submit to the Court an Agreed Order of Dismissal with Prejudice dismissing any and all claims and/or counter-claims, compulsory and/or permissive, known and/or unknown, which were or could have been brought in CASE NO.: 1:19-cv-62974-RAR with the exception of the terms and conditions contained in this stipulation for settlement and with the Court to retain jurisdiction to enforce the terms and conditions of the Stipulation for Settlement.

16. No attorney in this action is providing any tax advice and each party relies on their own independent professionals.

17. Any notice that needs to be provided under this agreement shall be sufficient if, for Plaintiff: it is emailed to Jacob@ojcommerce.com and sam@hechtlawpa.com, and if to Defendant or

HA
JW

Guarantor, if emailed to swahab@homecityinc.com and ggirgus@homecityinc.com and a copy to jkon@stoklaw.com and gmandler@stoklaw.com.

Agreed and accepted by:

_____ Dated: 11-6-20   _____ Dated: 11-6-20
OJ Commerce, LLC by Jacob Weiss (its      Home City Inc. by Hisham Abdalwahab (its CEO)
president and CEO                         Counsel: _____
Counsel: _____


_____ Dated: 11-6-20
Hisham Abdalwahab
Counsel: _____


_____ Dated: 11-6-20
Jacob Weiss
Counsel _____